IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex. Rel. ANDREW SCOLLICK | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:14-cv-01339 |
| | ) | Assigned to: The Honorable Royce C. Lamberth |
| VIJAY NARULA, *et al.* | ) ) | |
| Defendants. | ) ) | |

## **[PROPOSED] ORDER AMENDING SCHEDULING ORDER**

UPON CONSIDERATION OF THE Consent Motion to Amend Scheduling Order filed by the Defendants, with the consent of Plaintiff-Relator Andrew Scollick, pursuant to Rule 6 and Rule 26(c) of the Federal Rules of Civil Procedure, it is by the Court this _____ day of _____, 2019,

ORDERED that the Scheduling Order be amended to provide the following deadlines:

a. All fact discovery, including depositions, shall be completed within 30 days (May 28, 2019) after the April 26, 2019 deadline set by the Court in the Order Amending Scheduling Order;

b. Motions for summary judgment shall be filed within 30 days (June 24, 2019) after the May 24, 2019 deadline set by the Court in the Order Amending Scheduling Order;

c. Any party opposing the motion(s) for summary judgment shall file a response within 20 days from the date the last motion for summary judgment is filed;

d. Any replies to any motion(s) for summary judgment within 10 days thereafter; and

       f.      All other dates remain unchanged.

IT IS SO ORDERED.

Dated: _____, 2019      _____
                                                 Royce C. Lamberth, United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March 2019, a copy of the foregoing [Proposed] Order Amending Scheduling Order was served on all counsel of record via electronic mail and on the following via U.S. Mail First-Class, postage-prepaid:

Neil Parekh
8321 Old Courthouse Road, Suite 260
Vienna, VA 22182

Shobha Mehta
5201 Seminary Road
Alexandria, VA 22311

/s/ Hanna Lee Blake
Hanna Lee Blake, Esq.