UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANDREW SCOLLICK, <br><br> Plaintiff-Relator, <br><br> vs. <br><br> VIJAY NARULA, *et al.,* <br><br> Defendants. | ) ) ) ) ) Civ. Action No. 14-CV-01339-RCL ) ) ) ) ) ) ) ) |

**PLAINTIFF-RELATOR'S MOTION TO COMPEL DEFENDANTS NEIL PAREKH AND DR. SHOBHA MEHTA TO PROVIDE RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

Plaintiff-Relator Andrew Scollick, by and through counsel, hereby submits his Motion to Compel Defendants Neil Parekh (*pro se*) and Dr. Shobha Mehta (*pro se*) to provide responses to his discovery requests pursuant to Federal Rule of Civil Procedure 37. In support of this Motion to Compel discovery responses, Plaintiff-Relator refers the Court to the Statement of Points and Authorities provided herewith. Plaintiff-Relator's supporting exhibits are submitted herewith and include a copy of his First Set of Interrogatories and Requests for Production of Documents and copies of the correspondence between Plaintiff-Relator's counsel and Mr. Parekh and Dr. Mehta attempting to resolve this discovery dispute. A proposed order is also submitted herewith.

Prior to filing this motion, Plaintiff-Relator's counsel attempted to resolve this discovery dispute with both Mr. Parekh and Dr. Mehta, but such attempts have proved fruitless. *See* Fed. R. Civ. P. 37(a)(1) Certification of Counsel, submitted herein.

WHEREFORE, for the reasons stated in the separate supporting statement of points and authorities, Plaintiff-Relator's Motion to Compel should be granted.

Respectfully submitted,

/s/ *Michael D. Kohn*
Michael D. Kohn,
Michael Kohn, DC BAR #425617
David K. Colapinto, DC BAR #416390
Todd Yoder, DC BAR # 1048520

KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax: (202) 342-6984
*Attorneys for Plaintiff-Relator*

April 1, 2019

## RULE 37(a)(1) CERTIFICATION OF COUNSEL

I hereby certify that prior to filing this Motion to Compel discovery I attempted to confer in good faith to resolve this discovery dispute.  I made multiple attempts to contact Defendant Dr. Shobha Mehta regarding her obligations to respond to Plaintiff-Relator's discovery requests but have not received any response.  As to Defendant Neil Parekh, I have been in contact with him throughout the discovery period in this case.  I have instructed him multiple times that he is required to respond to Plaintiff-Relator's discovery requests and have granted him an extension of time to do so in an attempt to accommodate him.  However, he has failed to produce any responses and has not met any of the deadlines set.

By:     /s/ *Michael D. Kohn*
          Michael D. Kohn

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the Plaintiff-Relator's Motion to Compel was served on this 1st day of April 2019, upon all parties that have entered an appearance and counsel for the United States via the Court's ECF system, and by U.S. Mail, postage prepaid, upon the pro se parties listed below:

**Neil Parekh**
1615 North Queen Street
Unit 306
Arlington, VA 22209

**Dr. Shobha Mehta**
8618 Cushman Place
Alexandria, VA 22308

      /s/ Michael D. Kohn
      Michael D. Kohn, DC BAR #425617

      KOHN, KOHN & COLAPINTO, LLP
      3233 P Street, N.W.
      Washington, D.C. 20007-2756
      Phone: (202) 342-6980
      Fax:   (202) 342-6984

      *Attorney for Plaintiff-Relator*