UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANDREW SCOLLICK, <br><br> Plaintiff-Relator, <br><br> vs. <br><br> VIJAY NARULA, *et al.,* <br><br> Defendants. | Civ. Action No. 14-CV-01339-RCL |

## PROPOSED ORDER

UPON CONSIDERATION of Plaintiff-Relator's Motion to Compel Defendants Neil Parekh and Dr. Shobha Mehta to Provide Responses to Interrogatories and Requests for Production of Documents, dated April 1, 2018, all argument and papers, including the statement of points and authorities and exhibits filed in support of the motion, all argument and papers filed in response thereto, and the entire record herein, it be and hereby is

ORDERED that pursuant to Rule 37, Fed. R. Civ. P., Plaintiff-Relator's motion to compel is GRANTED; and it is

FURTHER ORDERED that Defendants Neil Parekh and Dr. Shobha Mehta shall provide complete and unequivocal responses to Plaintiff-Relator's discovery requests and produce all responsive documents within their possession and control, forthwith.

IT IS SO ORDERED.

DATE: _____                    _____
                                         Royce C. Lamberth
                                         United States District Judge
                                         Southern District of Indiana

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Proposed Order was served on this 1st day of April 2019, upon all parties that have entered an appearance and counsel for the United States via the Court's ECF system, and by U.S. Mail, postage prepaid, upon the pro se parties listed below:

**Neil Parekh**
1615 North Queen Street
Unit 306
Arlington, VA 22209

**Dr. Shobha Mehta**
8618 Cushman Place
Alexandria, VA 22308

                                    /s/ Michael D. Kohn
                                    Michael D. Kohn, DC BAR #425617

                                    KOHN, KOHN & COLAPINTO, LLP
                                    3233 P Street, N.W.
                                    Washington, D.C. 20007-2756
                                    Phone: (202) 342-6980
                                    Fax:    (202) 342-6984

                                    *Attorney for Plaintiff-Relator*