# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. ANDREW SCOLLICK,**<br><br>　　　　Plaintiff-Relator,<br><br>　　v.<br><br>**VIJAY NARULA et al.,**<br><br>　　　　Defendants. | Civil Case No. 14-1339 |

## ORDER

The attached letter from defendant Neil Parekh, which shall be filed herewith, was received in Chambers shortly after May 3, 2019. But Local Rule 5.1(a) notes that "[e]xcept when requested by a judge, correspondence shall not be directed by the parties or their attorneys to a judge." The Court did not request Mr. Parekh's letter, and—what's more—Mr. Parekh does not indicate that he provided a copy to any other party in this litigation. So the letter is an improper ex parte communication that will not be acted upon by the Court except by this Order.

It is **SO ORDERED**.

May 22, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　　United States District Judge