# EXHIBIT 1

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

UNITED STATES OF AMERICA     )
*ex rel.* ANDREW SCOLLICK,     )
     )
    Plaintiff-Relator,     )
     )
     v.     )    Civ. Action No. 14-CV-01339-RCL
     )
VIJAY NARULA, *et al.*,     )
     )
    Defendants.     )
     )

## DEFENDANT NEIL PAREKH OBJECTIONS TO PLAINTIFF-RELATOR'S FIRST SET OF INTERROGATORIES

Defendant Neil Parekh (the "Defendant"), pursuant to Rule 33 of the Federal Rules of Civil

Procedure and the Local Rules of this Court, objects to Plaintiff-Relator Andrew Scollick's First

Set of Interrogatories as follows:

### GENERAL

1.    The executing party expressly reserves the right to file Supplemental Answers if and when additional information becomes available or known.

### GENERAL OBJECTIONS

1. Defendant objects to the Interrogatories to the extent they seek information not relevant to the issues raised in the suit and/or not reasonably calculated to lead to the discovery of admissible evidence.
2. Nothing herein should be construed as an admission by the Defendant respecting the admissibility or relevance of any fact or document, or the truth or accuracy of any characterization or statement of any kind contained in the Interrogatories.
3. Defendant objects to Plaintiffs "Definitions" and "Instructions" to the extent Plaintiff requires Defendant to provide information beyond what is available to Defendant at present from a reasonable search of files within its possession, custody or control. The

following Answers reflect Defendant's present knowledge, information, and belief, and may be subject to change or modification based upon Defendant's further discovery or on facts or circumstances which may come to Defendant's knowledge.

4.  Defendant objects to the Discovery on the grounds and to the extent that by these Interrogatories, Plaintiff seeks to have Defendant make certain legal conclusions and/or conclusions as to the legal significance of events and participation of certain individuals which it is not required to make.

5.  Defendant reserves the right to redact any irrelevant information from a document before production. Notwithstanding the foregoing, Defendant's production of any documents shall not be construed as an admission by Defendant that such document or any information contained therein is relevant to this litigation.

6.  Defendant objects to the Discovery on the grounds that the manner in which it is worded, when read with their definitions and general instructions, is so vague, broad, generally global, and all inclusive, that it does not permit a proper or reasonable response and are, therefore, unduly burdensome and oppressive.

7.  Nothing in these responses should be construed as waiving rights or objections that otherwise might be available to Defendant, nor should Defendant's answers to any of these discovery requests be deemed an admission of relevancy, materiality, or admissibility in evidence of the discovery requests or the responses thereto.

## **INTERROGATORIES**

1.  *Identify the name and, if known, the address and telephone number of each and every individual other than legal counsel known or believed to possess factual information that tending to support any allegations, legal claims, or defenses you may seek to raise in this action – together with the subject matter(s) of such information.*

## **Objections to Interrogatory No. 1:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action. Parekh further objects to this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh. Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

**2.** *For each person other than legal counsel that you believe possesses knowledge or information regarding the factual allegations and/or legal claims described in the Amended Complaint [Dkt. #169] filed in this action and the defenses of any Defendant, provide the entire sum and substance of your understanding of the facts about which they have knowledge.*

<u>**Objections to Interrogatory No. 2:**</u>

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action.  Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

**3.** *Identify the role you played with respect to preparation, submission or monitoring any of the SDVOSB contract awarded to CSG and/or Citibuilders; and further state the identity and role every other individual you know to have played a role preparing the bids, submission of the bids, and the billing and invoicing activity that occurred following the award of a SDVOSB contract to either CSG or Citibuilders.*

<u>**Objections to Interrogatory No. 3:**</u>

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action.  Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

**4.** *Identify (or else provide copies) of any and all documents and communications pertaining to any and all contacts and communications you had with any of the defendants in this case.*

<u>**Objections to Interrogatory No. 4:**</u>

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action.  Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

5. *Identify all of the SDVOSB contracts awarded by the Government to CSG and Citibuilders and identify the amounts the government caused to be paid to CSG and Citibuilders with respect to any and all of the SDVOSB contracts awarded to CSG and/or Citibuilders.*

**Objections to Interrogatory No. 5:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action.  Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

6. *Describe in detail the procedure and personnel responsible for drafting and submitting each of the SDVOSB contract bid proposals submitted on behalf of CSG and/or Citibuilders, including the tasks each such individual performed, the location where that individual performed such task, and where the proposal was readied for submission, and who physically signed the proposal on behalf of CSG and/or Citibuilders.*

**Objections to Interrogatory No. 6:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action.  Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

*7.  State why OST and Narula were required to execute written indemnity agreements in order to obtain CSG bonding for the SDVOSB contracting proposals that were submitted and awarded to CSG.*

**Objections to Interrogatory No. 7:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action.  Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

*8.  State who actually controlled the finances and day-to-day management of CSG, and any changes thereto from the date CSG was formed until the present.*

**Objections to Interrogatory No. 8:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action.  Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

*9.  State whether any site inspections or visits by any employee or agent of the bonding defendants occurred at any location occupied by OST, CSG, CB or Citibuilders. If the answer is yes, identify then names of the representatives or agents of the Bonding Defendants participating in the visit. all Centennial, Hanover, or Hudson employees or agents who conducted any form of due diligence or underwriting activity concerning the bonding provided to CSG or Citibuilders. With respect to any involvement you had with the due diligence activity of a bonding defendant, thereto, provide the date of.*

**Objections to Interrogatory No. 9:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action.  Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

*10. State your full and complete understanding as to why CSG's bonding was dependent on obtaining a written indemnity agreement from OST and/or Narula.*

**Objections to Interrogatory No. 10:**

This Interrogatory appears to be addressed to parties other than Parekh.  To the extent that Plaintiff-Relator intended to address this Interrogatory to Parekh, Parekh objects to this Interrogatory as unduly burdensome and oppressive to the extent that it seeks information obtainable with less burden or expense from another source. Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.

**11.** *Identify who prepared each and every CSG, CB, and/or Citibuilders tax return for tax years 2010 through present (including the identity any accountant who assisted with the preparation), and identify who signed those returns and which, if any, of the defendants to this matter received a copy of any such tax returns in or about the time they were filed.*

**Objections to Interrogatory No. 11:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action.  Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

**12.** *Identify every Section 8(a) contract awarded to KGCI after KGCI entered into a teaming agreement with OST, and with respect thereto state the amount paid under that contract.*

**Objections to Interrogatory No. 12:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action.  Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

**13.** *With respect to each and every CSG SDVOSB bid proposal submitted to the government, identify the person(s) who drafted and/or editis that proposal, and who was responsible*

*for verifying the statements that appeared in each the proposal that discuss
past performance.*

**Objections to Interrogatory No. 13:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation
to answer for any other defendant in this action.  Parekh further objects to  this
Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this
matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative,
overly broad, and unduly burdensome because it requires defendant to identify each person
who is "believed" to have information regarding the facts alleged in the Amended
Complaint.

*14. State the role and any actual involvement Bryan van Gilder played with regard to the
preparation, review or drafting of any SDVOSB bid proposal, and in particular with
the Halls & Walls bid proposal, (VAMC Baltimore), Solicitation No. VA-245-10-RP-
0076 (referred to in the Amended Complaint as the "Halls &Walls Solicitation
Response").*

**Objections to Interrogatory No. 14:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation
to answer for any other defendant in this action.  Parekh further objects to  this
Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this
matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative,
overly broad, and unduly burdensome because it requires defendant to identify each person
who is "believed" to have information regarding the facts alleged in the Amended
Complaint.

*15. State whether Vijay Narula provided, authorized or in any way caused to be submitted
past performance surveys as to any SDVOSB contractual action undertaken by CSG or
Citibuilders. If the answer is yes, state your understanding of the role played and
actions Vijay Narula took with respect to each such past performance survey, including
whether he ever signed, faxed, saw or knew that such past performance surveys were
being submitted on his or OST's behalf.*

**Objections to Interrogatory No. 15:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation
to answer for any other defendant in this action.  Parekh further objects to  this
Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this
matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative,
overly broad, and unduly burdensome because it requires defendant to identify each person
who is "believed" to have information regarding the facts alleged in the Amended
Complaint.

*16. State whether Shobha N. Mehta, MD filled out, authorized the submission, or in any way caused to be submitted past performance questionnaires or surveys as to any SDVOSB contractual action undertaken by CSG and/or Citibuilders. If the answer is yes, provide a full and complete summary of Dr. Mehta's actual knowledge of each such past performance questionnaire or survey that was submitted to the government and whether she ever signed, faxed, saw or knew that one or more past performance questionnaire were knowingly submitted on her behalf or in her name).*

## Objections to Interrogatory No. 16:

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action.  Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

*17. State whether Dr. Mehta or any of the other persons who completed or were asked to complete a past performance questionnaire were compensated in any way for agreeing doing so. If the answer is yes, state whether Dr. Mehta or other individual received compensation in any form for agreeing or actually doing so.*

## Objections to Interrogatory No. 16:

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action.  Parekh further objects to  this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh.  Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

18. *State who physically transmitted each of the Metha, Narula, CVENT and FBR Industries performance questionaires to the government and the manner and method of that transmission (e.g., if they were faxed, so state and provide the location of the transmitting fax machine).*

**Objections to Interrogatory No. 18:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action. Parekh further objects to this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh. Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

19. *With respect to the CSG and/or Citibuilders SDVOSB bid proposals transmitted to the government, state whether the specific examples of the Mehta, CVENT and FBR Industries past performance differ in the stated amount of the contract action, and if so, identify the different amounts that were submitted to the government and provide a full explaination of why the monetary valuation was altered, who was responsive for calculating the altered valuation, whether the past performance was actually carried out by CSG and/or Citibuilders, the true amount of the actual contracted work (if any), and who was responsible for verifying and/or including the different past performance amounts that actually appearin the bid proposals submitted to the government.*

**Objections to Interrogatory No. 19:**

Parekh objects to this Interrogatory to the extent it seeks to impose on Parekh an obligation to answer for any other defendant in this action. Parekh further objects to this Interrogatory on grounds it seeks information that is not relevant to Plaintiffs claims in this matter asserted against Parekh. Parekh also objects that this interrogatory is duplicative, overly broad, and unduly burdensome because it requires defendant to identify each person who is "believed" to have information regarding the facts alleged in the Amended Complaint.

I hereby certify that the foregoing answers to plaintiff, Andrew Scollick's interrogatories are true to the best of my knowledge.

Sincerely.

Neil Parekh

# EXHIBIT 2



# KOHN, KOHN & COLAPINTO, LLP
## PROTECTING WHISTLEBLOWERS

April 16, 2019

<u>**Via Email**</u>

Neil Parekh
1615 North Queen Street, Unit 306
Arlington, VA 22209

**Re:    Defendant Neil Parekh Objections to Plaintiff-Relator's First Set of Interrogatories
in *U.S. ex rel. Scollick v. Narula, et al.*, 1:14-cv-1339 (D.D.C.)**

Dear Mr. Parekh:

We are in receipt of your Objections to Plaintiff-Relator's First Set of Interrogatories sent via
email earlier this morning.  However, since you failed to timely respond or object to Plaintiff-
Relator's First Set of Interrogatories, you have waived the objections you have set forth.  *See*
Fed. R. Civ. P. 33(b)(4) ("Any ground not stated in a **timely** objection is waived unless the court,
for good cause, excuses the failure") (emphasis added); *see also Covad Commc'ns Co. v.
Revonet, Inc.*, 258 F.R.D. 17, 25 (D.D.C. 2009); *Escamilla v. Nuyen*, No. 14-cv-00852-AK, 2015
WL 4245868, at *5 (D.D.C. July 14, 2015) ("If a ground for objecting to an interrogatory is not
timely stated, the objection is waived").  Further, even if your objections had not been waived,
you are still required to provide a response to the extent that the interrogatory is not
objectionable.  *See* Fed. R. Civ. P. 33(b)(3).

The boilerplate, non-specific, untimely objections provided are wholly insufficient to meet your
discovery obligations under the Federal Rules of Civil Procedure and the failure to properly
respond is sanctionable.  *Doe v. D.C.*, 231 F.R.D. 27, 31 (D.D.C. 2005) ("an evasive or
incomplete answer is to be treated as a failure to disclose, answer, or respond"); *Covad
Commc'ns Co.*, 258 F.R.D. at 19 (stating that answers to interrogatories must be "true, explicit,
responsive, complete, and candid"); *Escamilla*, 2015 WL 4245868, at *3.

Please provide actual responses to Plaintiff-Relator's First Set of Interrogatories and Requests for
Production of Documents immediately, as a motion to compel their production has already been
filed by Plaintiff-Relator and is currently pending before the court.  All documents responsive to
Plaintiff-Relator's Request for Production of Documents must also be immediately produced.  If
you have any questions, please contact do not hesitate to contact Michael Kohn or me.

Sincerely,

/s/ *Todd Yoder*

Todd Yoder
Michael D. Kohn
Attorneys for Andrew Scollick

# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ANDREW SCOLLICK,<br><br>                Plaintiff-Relator,<br><br>v.<br><br>VIJAY NARULA, *et al.*,<br><br>                Defendants. | Civ. Action No. 14-CV-01339-RCL |

## PLAINTIFF-RELATOR ANDREW SCOLLICK'S NOTICE OF DEPOSITIONS

Plaintiff-Relator, Andrew Scollick, through undersigned counsel, gives notice that he will take the deposition of the below listed individuals pursuant to Rule 30 of the Federal Rules of Civil Procedure.  The last known address of deponent or deponent's counsel is also listed:

1.    The deposition of **Courtney Seed** will commence on **April 5, 2019 at 10:00 a.m.**

    Courtney Seed
    Centennial Surety Associates, Inc.
    251 Najoles Road
    Suite H
    Millersville, MD 21108

2.    The deposition of **Michael Schendel** will commence on **April 8, 2019 at 10:00 a.m.**

    Aaron L. Handleman
    Laura M.K. Hassler
    Eccleston & Wolf, P.C.
    1629 K Street, NW
    Washington, DC 20006
    *Attorneys for Michael Schendel*

3.   The deposition of **Ajay Madan** will commence on **April 12, 2019 at 10:00 a.m.**

Tomas A. Coulter
O'Hagan Meyer, PLLC
411 East Franklin Street
Suite 500
Richmond, VA 23219
*Attorney for Ajay Madan*

4.   The deposition of **Neil Parekh** will commence on **April 17, 2019 at 10:00 a.m.**

Neil Parekh
1615 North Queen Street
Unit 306
Arlington, VA 22209

5.   The deposition of **Vijay Narula** will commence on **April 19, 2019 at 10:00 a.m.**

Tomas A. Coulter
O'Hagan Meyer, PLLC
411 East Franklin Street
Suite 500
Richmond, VA 23219
*Attorney for Vijay Narula*

Unless, following this notice, another location is mutually agreed to by Plaintiff-Relator's counsel and deponent and/or deponent's counsel, all depositions will be conducted at:

Kohn, Kohn & Colapinto, LLP
3238 P Street, NW
Washington, DC 20007

Each of the depositions will continue day to day until complete.  The deposition will be conducted by oral examination before a person duly authorized to administer oaths and take testimony and may be recorded by audio, audiovisual, or stenographic means.  If any agreement is reached before hand to alter the date, time, or location of any deposition, Plaintiff-Relator will provide notice to all parties.  Plaintiff-Relator provides notice to all parties to this action that the deposition may be used at the time of trial.

2

Respectfully submitted by:


/s/ Michael D. Kohn
Michael D. Kohn
DC BAR #425617

KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax: (202) 342-6984

Attorney for Plaintiff-Relator

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served via email this 20th day of March 2019, upon the following counsel at the email addresses stated below, and by First Class U.S. Mail on the following *pro se* parties listed below:

**Robert G. Barbour**
rbarbour@watttieder.com
**Hanna Lee Blake**
hblake@watttieder.com
**Rebecca S. Glos**
rglos@watttieder.com

*Attorneys for Defendant Hanover Insurance Company*


**Thomas A. Coulter**
tcoulter@ohaganmeyer.com
**Brian W. Stolarz**
brian.stolarz@leclairryan.com

*Attorneys for Defendants Vijay Narula, Ajay Madan, and Optimal Solutions and Technologies, Inc.*


**Marc Andrew Campsen**
mcampsen@wcslaw.com
**Cynthia E. Rodgers-Waire**
crodgers-waire@wcslaw.com
**Gerard P. Sunderland**
gsunderland@wcslaw.com

*Attorneys for Defendant Hudson Insurance Company*


**Aaron L. Handleman**
handleman@ewdc.com
**Laura M.K. Hassler**
hassler@ewdc.com

*Attorneys for Defendants Centennial Surety Associates, Inc. and Michael Schendel*


**Paul Warren Mengel, III**
pmengel@pilieromazza.com

*Attorney for Defendants Centurion Solutions Group LLC, Amar Gogia, and Vanessa Keasler*

4

**Kerry Brainard Verdi**
kverdi@verdiogletree.com

*Attorney for Defendant Melvin G. Goodweather*

**Neil Parekh**
1615 North Queen Street
Unit 306
Arlington, VA 22209

**Dr. Shobha Metha**
8618 Cushman Place
Alexandria, VA 22308

**Citibuilders Solutions Group, LLC**
1111 19th Street North
Suite 2001
Arlington, VA 22209

/s/ Michael D. Kohn
Michael D. Kohn, DC BAR #425617

KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax:    (202) 342-6984

*Attorney for Plaintiff-Relator*

# EXHIBIT 4

**Todd Yoder**

---

| | |
|---|---|
| **Subject:** | Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula |
| **Date:** | Tuesday, April 9, 2019 at 5:00:17 PM Eastern Daylight Time |
| **From:** | Todd Yoder <ty@kkc.com> |
| **To:** | neil parekh <neilparekh77@gmail.com> |
| **CC:** | Michael Kohn <mk@kkc.com> |
| **Attachments:** | Parekh Deposition Letter.pdf, Plaintiff-Relator's Notices of Depositions.pdf |

Mr. Parekh,

Please see attached.

Sincerely,

Todd Yoder
--
**Todd Yoder | Associate**
Kohn, Kohn & Colapinto, LLP
3233 P Street NW Washington, DC 20007
Tel:  (202) 342-6980
Fax: (202) 342-6984
E-mail: ty@kkc.com
**Website** |**Blog** | **Linkedin**| **Twitter** | **Facebook**

Important Notice: This e-mail transmission and any attachment(s) is intended only for the personal and confidential use of the intended recipient(s). This e-mail (including any and all attachments) contains strictly confidential attorney-client communications and/or attorney work product and is legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein (including any and all attachments) is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 202-342-6980, or by return e-mail, immediately. Also, to ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Thank you.



April 9, 2019

**<u>Via Email</u>**

Neil Parekh
1615 North Queen Street
Unit 306
Arlington, VA 22209

**Re:      Deposition in *U.S. ex rel. Scollick v. Narula, et al.*, 1:14-cv-1339 (D.D.C.)**

Dear Mr. Parekh:

A copy of Plaintiff-Relator's Notice of Depositions was served on you by mail to the above address on March 20th, 2019, a copy of which accompanies this letter.  This document served as notice that Plaintiff-Relator intends to depose you pursuant to the Federal Rules of Civil Procedure in the above-captioned case.  Accordingly, you are required under Rule 30, to appear and sit for your deposition in the above-captioned case on Wednesday April 17th, 2019.  Please make sure to arrive promptly by 10:00 a.m. to 3238 P Street, NW, Washington, DC 20007.  Should you fail to appear, you may be subject to sanctions described in Rule 37(d).  If you have any questions, please contact do not hesitate to contact Michael Kohn or me.


                                    Sincerely,


                                    /s/ *Todd Yoder*


                                    Todd Yoder
                                    Michael D. Kohn
                                    Attorneys for Andrew Scollick


Enclosures

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ANDREW SCOLLICK,<br><br>      Plaintiff-Relator,<br><br>v.<br><br>VIJAY NARULA, *et al.*,<br><br>      Defendants. | Civ. Action No. 14-CV-01339-RCL |

## <u>PLAINTIFF-RELATOR ANDREW SCOLLICK'S NOTICE OF DEPOSITIONS</u>

Plaintiff-Relator, Andrew Scollick, through undersigned counsel, gives notice that he will

take the deposition of the below listed individuals pursuant to Rule 30 of the Federal Rules of

Civil Procedure.  The last known address of deponent or deponent's counsel is also listed:

1. The deposition of **Courtney Seed** will commence on **April 5, 2019 at 10:00 a.m.**

  Courtney Seed
  Centennial Surety Associates, Inc.
  251 Najoles Road
  Suite H
  Millersville, MD 21108

2. The deposition of **Michael Schendel** will commence on **April 8, 2019 at 10:00 a.m.**

  Aaron L. Handleman
  Laura M.K. Hassler
  Eccleston & Wolf, P.C.
  1629 K Street, NW
  Washington, DC 20006
  *Attorneys for Michael Schendel*

3.   The deposition of **Ajay Madan** will commence on **April 12, 2019 at 10:00 a.m.**

Tomas A. Coulter
O'Hagan Meyer, PLLC
411 East Franklin Street
Suite 500
Richmond, VA 23219
*Attorney for Ajay Madan*

4.   The deposition of **Neil Parekh** will commence on **April 17, 2019 at 10:00 a.m.**

Neil Parekh
1615 North Queen Street
Unit 306
Arlington, VA 22209

5.   The deposition of **Vijay Narula** will commence on **April 19, 2019 at 10:00 a.m.**

Tomas A. Coulter
O'Hagan Meyer, PLLC
411 East Franklin Street
Suite 500
Richmond, VA 23219
*Attorney for Vijay Narula*

Unless, following this notice, another location is mutually agreed to by Plaintiff-Relator's counsel and deponent and/or deponent's counsel, all depositions will be conducted at:

Kohn, Kohn & Colapinto, LLP
3238 P Street, NW
Washington, DC 20007

Each of the depositions will continue day to day until complete.  The deposition will be conducted by oral examination before a person duly authorized to administer oaths and take testimony and may be recorded by audio, audiovisual, or stenographic means.  If any agreement is reached before hand to alter the date, time, or location of any deposition, Plaintiff-Relator will provide notice to all parties.  Plaintiff-Relator provides notice to all parties to this action that the deposition may be used at the time of trial.

2

Respectfully submitted by:


/s/ Michael D. Kohn
Michael D. Kohn
DC BAR #425617

KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax: (202) 342-6984

Attorney for Plaintiff-Relator

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served via email this 20th day of March 2019, upon the following counsel at the email addresses stated below, and by First Class U.S. Mail on the following *pro se* parties listed below:

**Robert G. Barbour**
rbarbour@watttieder.com
**Hanna Lee Blake**
hblake@watttieder.com
**Rebecca S. Glos**
rglos@watttieder.com

*Attorneys for Defendant Hanover Insurance Company*


**Thomas A. Coulter**
tcoulter@ohaganmeyer.com
**Brian W. Stolarz**
brian.stolarz@leclairryan.com

*Attorneys for Defendants Vijay Narula, Ajay Madan, and Optimal Solutions and Technologies, Inc.*


**Marc Andrew Campsen**
mcampsen@wcslaw.com
**Cynthia E. Rodgers-Waire**
crodgers-waire@wcslaw.com
**Gerard P. Sunderland**
gsunderland@wcslaw.com

*Attorneys for Defendant Hudson Insurance Company*


**Aaron L. Handleman**
handleman@ewdc.com
**Laura M.K. Hassler**
hassler@ewdc.com

*Attorneys for Defendants Centennial Surety Associates, Inc. and Michael Schendel*


**Paul Warren Mengel, III**
pmengel@pilieromazza.com

*Attorney for Defendants Centurion Solutions Group LLC, Amar Gogia, and Vanessa Keasler*

**Kerry Brainard Verdi**
kverdi@verdiogletree.com

*Attorney for Defendant Melvin G. Goodweather*

**Neil Parekh**
1615 North Queen Street
Unit 306
Arlington, VA 22209

**Dr. Shobha Metha**
8618 Cushman Place
Alexandria, VA 22308

**Citibuilders Solutions Group, LLC**
1111 19th Street North
Suite 2001
Arlington, VA 22209

/s/ Michael D. Kohn
Michael D. Kohn, DC BAR #425617

KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax:    (202) 342-6984

*Attorney for Plaintiff-Relator*

# EXHIBIT 5

**Todd Yoder**

---

**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

**Date:** Saturday, April 13, 2019 at 12:36:49 AM Eastern Daylight Time

**From:** neil parekh <neilparekh77@gmail.com>

**To:** Michael Kohn <mk@kkc.com>

**CC:** Todd Yoder <ty@kkc.com>

Michael,

Email is acceptable.

Regards,

Neil

On Fri, Apr 12, 2019 at 11:38 AM Michael Kohn <mk@kkc.com> wrote:
> Mr. Parekh, we can agree to reschedule and renotice your deposition for a date after April 30th if you agree to
> accept the notice of your deposition via email.  Kindly advise if this is acceptable to you.
> Regards
> Michael Kohn
> Counsel to Plaintiff-Relator.
>
> Get Outlook for iOS

---

**From:** neil parekh <neilparekh77@gmail.com>
**Sent:** Friday, April 12, 2019 9:39:08 AM
**To:** Todd Yoder
**Cc:** Michael Kohn
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Hi Todd,

I will be traveling out of town for work related meetings and also job interviews next week.  The following week is
also not good as I have to travel out of the country to visit a very sick relative.  I should be available after April 30th.

Neil

On Wed, Apr 10, 2019 at 4:28 PM Todd Yoder <ty@kkc.com> wrote:

> Neil,
>
> In that case, we will provide a list of alternative dates for your deposition in the near future.
>
> Todd

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Tuesday, April 9, 2019 at 6:06 PM
**To:** Todd Yoder <ty@kkc.com>
**Cc:** Michael Kohn <mk@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Todd,

I am not available for those dates?

Neil

On Tue, Apr 9, 2019 at 5:00 PM Todd Yoder <ty@kkc.com> wrote:

> Mr. Parekh,
>
> Please see attached.
>
> Sincerely,
>
> Todd Yoder
>
> --
>
> **Todd Yoder | Associate**
>
> Kohn, Kohn & Colapinto, LLP
>
> 3233 P Street NW Washington, DC 20007
>
> Tel:  (202) 342-6980
>
> Fax: (202) 342-6984
>
> E-mail: ty@kkc.com

**Website |Blog | Linkedin| Twitter | Facebook**


Important Notice: This e-mail transmission and any attachment(s) is intended only for the personal and confidential use of the intended recipient(s). This e-mail (including any and all attachments) contains strictly confidential attorney-client communications and/or attorney work product and is legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein (including any and all attachments) is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 202-342-6980, or by return e-mail, immediately. Also, to ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Thank you.

# EXHIBIT 6

**Todd Yoder**

---

**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula
**Date:** Friday, April 26, 2019 at 4:23:37 PM Eastern Daylight Time
**From:** Todd Yoder <ty@kkc.com>
**To:** neil parekh <neilparekh77@gmail.com>, Michael Kohn <mk@kkc.com>

Mr. Parekh,

The date we were holding for your deposition, May 24th, will now be used for another deposition for the case. Therefore, we will now hold your deposition on May 20th, unless you immediately inform us of a conflict and provide us with an alternate date. We will shortly be sending out an updated notice of deposition you will be required to appear on May 20th if we do not hear from you prior.

Sincerely,

Todd Yoder

---

**From:** Todd Yoder <ty@kkc.com>
**Date:** Wednesday, April 24, 2019 at 12:14 PM
**To:** neil parekh <neilparekh77@gmail.com>, Michael Kohn <mk@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Mr. Parekh,

I have not seen a response to my below email from you. Please let us know as soon as you can if May 24th is an acceptable date for your deposition and if not, provide alternative dates during the week of May 20th that will work for you.

Thank you,

Todd

---

**From:** Todd Yoder <ty@kkc.com>
**Date:** Friday, April 19, 2019 at 2:38 PM
**To:** neil parekh <neilparekh77@gmail.com>, Michael Kohn <mk@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Mr. Parekh,

Will you be available for your deposition in the Scollick case on May 24th? If not, please provide us with another date during the week of May 20th that is suitable for you.

Thank you,

Todd Yoder

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Saturday, April 13, 2019 at 12:37 AM

**To:** Michael Kohn <mk@kkc.com>
**Cc:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Michael,

Email is acceptable.

Regards,

Neil

On Fri, Apr 12, 2019 at 11:38 AM Michael Kohn <mk@kkc.com> wrote:

> Mr. Parekh, we can agree to reschedule and renotice your deposition for a date after April 30th if you agree
> to accept the notice of your deposition via email.  Kindly advise if this is acceptable to you.
> Regards
> Michael Kohn
> Counsel to Plaintiff-Relator.
>
> Get Outlook for iOS
> _____
> **From:** neil parekh <neilparekh77@gmail.com>
> **Sent:** Friday, April 12, 2019 9:39:08 AM
> **To:** Todd Yoder
> **Cc:** Michael Kohn
> **Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula
>
> Hi Todd,
>
> I will be traveling out of town for work related meetings and also job interviews next week.  The following
> week is also not good as I have to travel out of the country to visit a very sick relative.  I should be available
> after April 30th.
>
> Neil
>
> On Wed, Apr 10, 2019 at 4:28 PM Todd Yoder <ty@kkc.com> wrote:
>
>> Neil,
>>
>> In that case, we will provide a list of alternative dates for your deposition in the near future.
>>
>> Todd
>>
>> _____
>> **From:** neil parekh <neilparekh77@gmail.com>
>> **Date:** Tuesday, April 9, 2019 at 6:06 PM
>> **To:** Todd Yoder <ty@kkc.com>
>> **Cc:** Michael Kohn <mk@kkc.com>

**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Todd,

I am not available for those dates?

Neil

On Tue, Apr 9, 2019 at 5:00 PM Todd Yoder <ty@kkc.com> wrote:

Mr. Parekh,

Please see attached.

Sincerely,

Todd Yoder
--
**Todd Yoder | Associate**
Kohn, Kohn & Colapinto, LLP
3233 P Street NW Washington, DC 20007
Tel:  (202) 342-6980
Fax: (202) 342-6984
E-mail: ty@kkc.com
**Website |Blog | Linkedin| Twitter | Facebook**

Important Notice: This e-mail transmission and any attachment(s) is intended only for the personal and confidential use of the intended recipient(s). This e-mail (including any and all attachments) contains strictly confidential attorney-client communications and/or attorney work product and is legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein (including any and all attachments) is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 202-342-6980, or by return e-mail, immediately. Also, to ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Thank you.

# EXHIBIT 7

**Todd Yoder**

---

**Subject:**      Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula
**Date:**         Tuesday, April 30, 2019 at 6:40:10 PM Eastern Daylight Time
**From:**         Todd Yoder <ty@kkc.com>
**To:**           neil parekh <neilparekh77@gmail.com>
**Attachments:**  Plaintiff-Relator's Notices of Deposition 4-30-19.pdf

Mr. Parekh,

Please see attached.

---

**From:** Todd Yoder <ty@kkc.com>
**Date:** Tuesday, April 30, 2019 at 1:25 PM
**To:** neil parekh <neilparekh77@gmail.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Mr. Parekh,

Due to the shifting of dates for other depositions in this case, we are now prepared to notice your deposition for Friday, May 10th.  A formal notice will follow soon.

Todd Yoder

---

**From:** Todd Yoder <ty@kkc.com>
**Date:** Wednesday, April 24, 2019 at 12:14 PM
**To:** neil parekh <neilparekh77@gmail.com>, Michael Kohn <mk@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Mr. Parekh,

I have not seen a response to my below email from you.  Please let us know as soon as you can if May 24th is an acceptable date for your deposition and if not, provide alternative dates during the week of May 20th that will work for you.

Thank you,

Todd

---

**From:** Todd Yoder <ty@kkc.com>
**Date:** Friday, April 19, 2019 at 2:38 PM
**To:** neil parekh <neilparekh77@gmail.com>, Michael Kohn <mk@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Mr. Parekh,

Will you be available for your deposition in the Scollick case on May 24th?  If not, please provide us with another date during the week of May 20th that is suitable for you.

**Page 1 of 3**

Thank you,

Todd Yoder

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Saturday, April 13, 2019 at 12:37 AM
**To:** Michael Kohn <mk@kkc.com>
**Cc:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Michael,

Email is acceptable.

Regards,

Neil


On Fri, Apr 12, 2019 at 11:38 AM Michael Kohn <mk@kkc.com> wrote:

> Mr. Parekh, we can agree to reschedule and renotice your deposition for a date after April 30th if you agree
> to accept the notice of your deposition via email.  Kindly advise if this is acceptable to you.
> Regards
> Michael Kohn
> Counsel to Plaintiff-Relator.
>
> Get Outlook for iOS
> ---
> **From:** neil parekh <neilparekh77@gmail.com>
> **Sent:** Friday, April 12, 2019 9:39:08 AM
> **To:** Todd Yoder
> **Cc:** Michael Kohn
> **Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula
>
> Hi Todd,
>
> I will be traveling out of town for work related meetings and also job interviews next week.  The following
> week is also not good as I have to travel out of the country to visit a very sick relative.  I should be available
> after April 30th.
>
> Neil
>
>
> On Wed, Apr 10, 2019 at 4:28 PM Todd Yoder <ty@kkc.com> wrote:

Neil,

In that case, we will provide a list of alternative dates for your deposition in the near future.

Todd

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Tuesday, April 9, 2019 at 6:06 PM
**To:** Todd Yoder <ty@kkc.com>
**Cc:** Michael Kohn <mk@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Todd,

I am not available for those dates?

Neil

On Tue, Apr 9, 2019 at 5:00 PM Todd Yoder <ty@kkc.com> wrote:

Mr. Parekh,

Please see attached.

Sincerely,

Todd Yoder
--
**Todd Yoder | Associate**
Kohn, Kohn & Colapinto, LLP
3233 P Street NW Washington, DC 20007
Tel:  (202) 342-6980
Fax: (202) 342-6984
E-mail: ty@kkc.com
**Website |Blog | Linkedin| Twitter | Facebook**

Important Notice: This e-mail transmission and any attachment(s) is intended only for the personal and confidential use of the intended recipient(s). This e-mail (including any and all attachments) contains strictly confidential attorney-client communications and/or attorney work product and is legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein (including any and all attachments) is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 202-342-6980, or by return e-mail, immediately. Also, to ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Thank you.

# EXHIBIT 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ANDREW SCOLLICK,<br><br>                              Plaintiff-Relator,<br>v.<br><br>VIJAY NARULA, *et al.*,<br><br>                              Defendants. | Civ. Action No. 14-CV-01339-RCL |

### PLAINTIFF-RELATOR ANDREW SCOLLICK'S NOTICE OF DEPOSITIONS

Plaintiff-Relator, Andrew Scollick, through undersigned counsel, gives notice that he will take the deposition of the below listed individuals pursuant to Rule 30 of the Federal Rules of Civil Procedure.  The last known address of deponent or deponent's counsel is also listed:

1.  The deposition of **Hudson Insurance Company's** Rule 30(b)(6) representative will commence on **May 1, 2019 at 10:00 a.m.**  The deposition will be held at the offices of LeClairRyan, 815 Connecticut Avenue, NW, Suite 620, Washington, D.C. 20006.

2.  The deposition of **Michael Schendel** will commence on **May 7, 2019 at 10:00 a.m.**  The deposition will be held at the offices of LeClairRyan, 815 Connecticut Avenue, NW, Suite 620, Washington, D.C. 20006.

3.  The deposition of **Courtney Seed** will commence on **May 9, 2019 at 10:00 a.m.**  The deposition will be held at the offices of LeClairRyan, 815 Connecticut Avenue, NW, Suite 620, Washington, D.C. 20006

4.    The deposition of **Neil Parekh** will commence on **May 10, 2019 at 10:00 a.m.**  The deposition will be held at the offices of Kohn, Kohn & Colapinto, LLP, 3238 P Street, NW, Washington, D.C. 20007.

5.    The deposition of **Ajay Madan** will commence on **May 14, 2019 at 10:00 a.m.**  The deposition will be held at the offices of LeClairRyan, 815 Connecticut Avenue, NW, Suite 620, Washington, D.C. 20006.

6.    The deposition of **Dr. Shobha Mehta** will commence on **May 15, 2019 at 10:00 a.m.**  The deposition will be held at the offices of Kohn, Kohn & Colapinto, LLP, 3238 P Street, NW, Washington, D.C. 20007.

7.    The deposition of **Vijay Narula** will commence on **May 16, 2019 at 10:00 a.m.** The deposition will be held at the offices of LeClairRyan, 815 Connecticut Avenue, NW, Suite 620, Washington, D.C. 20006.

8.    The deposition of **Amar Gogia** will commence on **May 21, 2019 at 10:00 a.m.**  The deposition will be held at the offices of PilieroMazza PLLC, 888 17th Street, NW, 11th Floor, Washington, DC 20006.

9.    The deposition of **Hanover Insurance Company's** Rule 30(b)(6) representative will commence on **May 24, 2019 at 10:00 a.m.**  The deposition will be held at the offices of Watt, Tieder, Hoffar & Fitzgerald, L.L.P, 1765 Greensboro Station Place, Suite 1000, McLean, VA 22102.

Each of the depositions will continue day to day until complete.  The deposition will be conducted by oral examination before a person duly authorized to administer oaths and take testimony and may be recorded by audio, audiovisual, or stenographic means.  If any agreement is reached before hand to alter the date, time, or location of any deposition, Plaintiff-Relator will provide notice to all parties.  Plaintiff-Relator provides notice to all parties to this action that the deposition may be used at the time of trial.

Respectfully submitted by:

/s/ Michael D. Kohn
Michael D. Kohn
DC BAR #425617

KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax: (202) 342-6984

Attorney for Plaintiff-Relator

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via email this 30th day of April 2019, upon the following counsel at the email addresses stated below, and by First Class U.S. Mail on the following *pro se* parties listed below:

**Marc Andrew Campsen**
mcampsen@wcslaw.com
**Cynthia E. Rodgers-Waire**
crodgers-waire@wcslaw.com
**Gerard P. Sunderland**
gsunderland@wcslaw.com

*Attorneys for Defendant Hudson Insurance Company*


**Robert G. Barbour**
rbarbour@watttieder.com
**Hanna Lee Blake**
hblake@watttieder.com
**Rebecca S. Glos**
rglos@watttieder.com

*Attorneys for Defendant Hanover Insurance Company*


**Thomas A. Coulter**
tcoulter@ohaganmeyer.com
**Brian W. Stolarz**
brian.stolarz@leclairryan.com

*Attorneys for Defendants Vijay Narula, Ajay Madan, and Optimal Solutions and Technologies, Inc.*


**Aaron L. Handleman**
handleman@ewdc.com
**Laura M.K. Hassler**
hassler@ewdc.com

*Attorneys for Defendants Centennial Surety Associates, Inc. and Michael Schendel*


**Paul Warren Mengel, III**
pmengel@pilieromazza.com

*Attorney for Defendants Centurion Solutions Group LLC, Amar Gogia, and Vanessa Keasler*

4

**Darrell Valdez**
darrell.valdez@usdoj.gov

*Attorney for the United States of America*


**Neil Parekh**
1615 North Queen Street
Unit 306
Arlington, VA 22209

**Dr. Shobha Mehta**
8618 Cushman Place
Alexandria, VA 22308

/s/ Michael D. Kohn
Michael D. Kohn, DC BAR #425617

KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax:    (202) 342-6984

*Attorney for Plaintiff-Relator*

# EXHIBIT 9

**Todd Yoder**

---

**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

**Date:** Friday, May 17, 2019 at 10:09:29 PM Eastern Daylight Time

**From:** neil parekh <neilparekh77@gmail.com>

**To:** Todd Yoder <ty@kkc.com>

Todd,

I consent to the motion if all other defendants have consented

Thanks

Neil

On Tue, May 14, 2019 at 3:43 PM Todd Yoder <ty@kkc.com> wrote:

> Mr. Parekh,
>
> We have finalized a deposition schedule with all defendants and your deposition will in fact take place on May 29th.  We will be sending out an updated notice in the next few days.
>
> Also, the Court has set the deadline for discovery in this case for May 28 and the deadline for any summary judgment motions to be filed by June 24.  Because all of the parties have had issues scheduling and completing all of the deposition by the May 28 deadline, Plaintiff-Relator Scollick is going to file a motion tomorrow asking the court to extend those deadlines by 30 days.  All of the represented defendants in this case have consented to the motion and we would like to know if you consent as well.  Please let me know by tomorrow if you can.
>
> Thanks,
>
> Todd

---

> **From:** Todd Yoder <ty@kkc.com>
> **Date:** Wednesday, May 8, 2019 at 2:36 PM
> **To:** neil parekh <neilparekh77@gmail.com>
> **Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula
>
> Please hold May 29th open for you deposition.  We are still working on finalizing the schedule so a possibility remains that we may have to change it but I will let you know as soon as we can confirm that date for you.
>
> Todd

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Tuesday, May 7, 2019 at 10:48 PM
**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Yes, I can.

On Mon, May 6, 2019 at 10:19 AM Todd Yoder <ty@kkc.com> wrote:

> Neil,
>
> Could you make the 29th work?
>
> Todd

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Saturday, May 4, 2019 at 10:15 AM
**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

> Hi Todd,
>
> Appreciate your consideration.  May 28th works best for me.  I am 100% not available May 31st.
>
> Thanks,
>
> Neil
>
> On Fri, May 3, 2019 at 2:09 PM Todd Yoder <ty@kkc.com> wrote:

Mr. Parekh,

While the official deadline for discovery in this case is May 28th, we are working with other counsel to try to get everyone's consent to hold one or two depositions after that date.  If you also willing to consent to having your deposition outside the discovery period and are able to appear on May 28th-31st, please let me know and we will be able to move your deposition from the 10th.  Otherwise we will be forced to leave the deposition as currently scheduled for May 10th.  Additionally, we are also currently waiting to hear from another defendant about those dates so there is a chance one will be taken soon.

Todd

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Thursday, May 2, 2019 at 7:06 PM
**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Todd,

I am not available May 10th due to previous commitments.  I am still available May 24th.

Neil

On Wed, May 1, 2019 at 8:39 AM Todd Yoder <ty@kkc.com> wrote:

> Unfortunately, since you were unresponsive to our emails we could not confirm your availability for the 24th.  We had another defendant in the case request the 24th as the only date available for them and had to schedule their deposition for that date.  Due to the our schedules and those of the  defendant before the discovery deadline, May 10th is now the only workable date for you deposition.  I apologize we are not able to accommodate you any further but at this point we intend to keep your deposition noticed for the 10th.
>
> Todd
>
> **From:** neil parekh <neilparekh77@gmail.com>
> **Sent:** Wednesday, May 1, 2019 8:28:53 AM
> **To:** Todd Yoder
> **Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Hi Todd,

I am not available May 10th.  I made arrangements to be available May 24th per your previous request.

Neil

On Tue, Apr 9, 2019 at 5:00 PM Todd Yoder <ty@kkc.com> wrote:

Mr. Parekh,

Please see attached.

Sincerely,

Todd Yoder

--

**Todd Yoder | Associate**

Kohn, Kohn & Colapinto, LLP

3233 P Street NW Washington, DC 20007

Tel:  (202) 342-6980

Fax: (202) 342-6984

E-mail: ty@kkc.com

**Website |Blog | Linkedin| Twitter | Facebook**

Important Notice: This e-mail transmission and any attachment(s) is intended only for the personal and confidential use of the intended recipient(s). This e-mail (including any and all attachments) contains strictly confidential attorney-client communications and/or attorney work product and is legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein (including any and all attachments) is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 202-342-6980, or by return e-mail, immediately. Also, to ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding

penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Thank you.

# EXHIBIT 10

**Todd Yoder**

---

| | |
|---|---|
| **Subject:** | Updated Deposition Notice--Scollick-Case No. 14-1339-RCL |
| **Date:** | Tuesday, May 21, 2019 at 4:55:59 PM Eastern Daylight Time |
| **From:** | Todd Yoder <ty@kkc.com> |
| **To:** | neil parekh <neilparekh77@gmail.com> |
| **Attachments:** | Plaintiff-Relator's Notice of Depositions 5-21-19.pdf |

Mr. Parekh,

Please find attached Plaintiff-Relator's updated Notice of Depositions.  As previously discussed, your deposition will commence on Wednesday May 29, 2019 at 11 a.m.  It will be held at the offices of LeClairRyan at 815 Connecticut Avenue, NW, Suite 620, Washington, DC 20006.  Please let me know if you have any questions.

Thank you,

Todd Yoder

--
**Todd Yoder | Associate**
Kohn, Kohn & Colapinto, LLP
3233 P Street NW Washington, DC 20007
Tel:  (202) 342-6980
Fax: (202) 342-6984
E-mail: ty@kkc.com
**Website |Blog | Linkedin| Twitter | Facebook**

Important Notice: This e-mail transmission and any attachment(s) is intended only for the personal and confidential use of the intended recipient(s). This e-mail (including any and all attachments) contains strictly confidential attorney-client communications and/or attorney work product and is legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein (including any and all attachments) is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 202-342-6980, or by return e-mail, immediately. Also, to ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Thank you.

# EXHIBIT 11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
*ex rel.* ANDREW SCOLLICK,

                        Plaintiff-Relator,

v.

VIJAY NARULA, *et al.*,

                        Defendants.

Civ. Action No. 14-CV-01339-RCL

## <u>PLAINTIFF-RELATOR ANDREW SCOLLICK'S NOTICE OF DEPOSITIONS</u>

      Plaintiff-Relator, Andrew Scollick, through undersigned counsel, gives notice that he will take the deposition of the below listed individuals pursuant to Rule 30 of the Federal Rules of Civil Procedure.  The last known address of deponent or deponent's counsel is also listed:

1.    The deposition of **Dr. Shobha Mehta** will commence on **May 28, 2019 at 2:00 p.m.** The deposition will be held at the offices of LeClairRyan, 815 Connecticut Avenue, NW, Suite 620, Washington, D.C. 20006.

2.    The deposition of **Neil Parekh** will commence on **May 29, 2019 at 11:00 a.m.**  The deposition will be held at the offices of LeClairRyan, 815 Connecticut Avenue, NW, Suite 620, Washington, D.C. 20006.

3.    The deposition of **Amar Gogia** will commence on **June 21, 2019 at 11:00 a.m.**  The deposition will be held at the offices of PilieroMazza PLLC, 888 17th Street, NW, 11th Floor, Washington, DC 20006.

4.   The deposition of **Ajay Madan** will commence on **June 26, 2019 at 11:00 a.m.**

The deposition will be held at the offices of LeClairRyan, 815 Connecticut Avenue, NW, Suite 620, Washington, D.C. 20006.

5.   The deposition of **Vijay Narula** will commence on **June 28, 2019 at 11:00 a.m.**

The deposition will be held at the offices of LeClairRyan, 815 Connecticut Avenue, NW, Suite 620, Washington, D.C. 20006.

Each of the depositions will continue day to day until complete.  The deposition will be conducted by oral examination before a person duly authorized to administer oaths and take testimony and may be recorded by audio, audiovisual, or stenographic means.  If any agreement is reached before hand to alter the date, time, or location of any deposition, Plaintiff-Relator will provide notice to all parties.  Plaintiff-Relator provides notice to all parties to this action that the deposition may be used at the time of trial.

DATE: May 21, 2019

Respectfully submitted by:

/s/ Michael D. Kohn
Michael D. Kohn
DC BAR #425617

KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax: (202) 342-6984

Attorney for Plaintiff-Relator

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served via email this 21st day of May 2019, upon the following counsel at the email addresses stated below, and by First Class U.S. Mail on the following *pro se* parties listed below:

**Marc Andrew Campsen**
mcampsen@wcslaw.com
**Cynthia E. Rodgers-Waire**
crodgers-waire@wcslaw.com
**Gerard P. Sunderland**
gsunderland@wcslaw.com

*Attorneys for Defendant Hudson Insurance Company*


**Robert G. Barbour**
rbarbour@watttieder.com
**Hanna Lee Blake**
hblake@watttieder.com
**Rebecca S. Glos**
rglos@watttieder.com

*Attorneys for Defendant Hanover Insurance Company*


**Thomas A. Coulter**
tcoulter@ohaganmeyer.com
**Brian W. Stolarz**
brian.stolarz@leclairryan.com

*Attorneys for Defendants Vijay Narula, Ajay Madan, and Optimal Solutions and Technologies, Inc.*


**Aaron L. Handleman**
handleman@ewdc.com
**Laura M.K. Hassler**
hassler@ewdc.com

*Attorneys for Defendants Centennial Surety Associates, Inc. and Michael Schendel*

**Paul Warren Mengel, III**
pmengel@pilieromazza.com

*Attorney for Defendants Centurion Solutions Group LLC, Amar Gogia, and Vanessa Keasler*

**Darrell Valdez**
darrell.valdez@usdoj.gov

*Attorney for the United States of America*


**Neil Parekh**
1615 North Queen Street
Unit 306
Arlington, VA 22209

**Dr. Shobha Mehta**
8618 Cushman Place
Alexandria, VA 22308

/s/ Michael D. Kohn_____
Michael D. Kohn, DC BAR #425617

KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax:    (202) 342-6984

*Attorney for Plaintiff-Relator*

4

# EXHIBIT 12

**Todd Yoder**

---

**Subject:**      Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula
**Date:**        Friday, May 24, 2019 at 12:36:30 PM Eastern Daylight Time
**From:**        Todd Yoder <ty@kkc.com>
**To:**          neil parekh <neilparekh77@gmail.com>
**CC:**          Michael Kohn <mk@kkc.com>
**Attachments:** Parekh Deposition Date Letter.pdf

Mr. Parekh,

Please see the attached letter.

Sincerely,

Todd Yoder

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Thursday, May 23, 2019 at 5:45 PM
**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Todd,

I had mentioned on May 8th I was available for a deposition for May 29th.  Unfortunately, I made plans on May 12th to be out of town and can no longer make that date as I will be out of town.  I will try to reshuffle my schedule and let you know tomorrow if I am available to make the 29th date.

Sorry for the inconvienience

Neil


On Fri, May 17, 2019 at 10:09 PM neil parekh <neilparekh77@gmail.com> wrote:

> Todd,
>
> I consent to the motion if all other defendants have consented
>
> Thanks
>
> Neil
>
>
> On Tue, May 14, 2019 at 3:43 PM Todd Yoder <ty@kkc.com> wrote:
>
>> Mr. Parekh,
>>
>> We have finalized a deposition schedule with all defendants and your deposition will in fact take place

on May 29th.  We will be sending out an updated notice in the next few days.

Also, the Court has set the deadline for discovery in this case for May 28 and the deadline for any summary judgment motions to be filed by June 24.  Because all of the parties have had issues scheduling and completing all of the deposition by the May 28 deadline, Plaintiff-Relator Scollick is going to file a motion tomorrow asking the court to extend those deadlines by 30 days.  All of the represented defendants in this case have consented to the motion and we would like to know if you consent as well. Please let me know by tomorrow if you can.

Thanks,
Todd

---

**From:** Todd Yoder <ty@kkc.com>
**Date:** Wednesday, May 8, 2019 at 2:36 PM
**To:** neil parekh <neilparekh77@gmail.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Please hold May 29th open for you deposition.  We are still working on finalizing the schedule so a possibility remains that we may have to change it but I will let you know as soon as we can confirm that date for you.

Todd

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Tuesday, May 7, 2019 at 10:48 PM
**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Yes, I can.

On Mon, May 6, 2019 at 10:19 AM Todd Yoder <ty@kkc.com> wrote:

> Neil,
>
> Could you make the 29th work?
>
> Todd
>
> ---
>
> **From:** neil parekh <neilparekh77@gmail.com>
> **Date:** Saturday, May 4, 2019 at 10:15 AM

**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Hi Todd,

Appreciate your consideration.  May 28th works best for me.  I am 100% not available May 31st.

Thanks,

Neil


On Fri, May 3, 2019 at 2:09 PM Todd Yoder <ty@kkc.com> wrote:

> Mr. Parekh,
>
> While the official deadline for discovery in this case is May 28th, we are working with other counsel to try to get everyone's consent to hold one or two depositions after that date.  If you also willing to consent to having your deposition outside the discovery period and are able to appear on May 28th-31st, please let me know and we will be able to move your deposition from the 10th.  Otherwise we will be forced to leave the deposition as currently scheduled for May 10th.  Additionally, we are also currently waiting to hear from another defendant about those dates so there is a chance one will be taken soon.
>
> Todd
>
> ---
> **From:** neil parekh <neilparekh77@gmail.com>
> **Date:** Thursday, May 2, 2019 at 7:06 PM
> **To:** Todd Yoder <ty@kkc.com>
> **Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula
>
> Todd,
>
> I am not available May 10th due to previous commitments.  I am still available May 24th.
>
> Neil
>
>
> On Wed, May 1, 2019 at 8:39 AM Todd Yoder <ty@kkc.com> wrote:
>
>> Unfortunately, since you were unresponsive to our emails we could not confirm your availability for the 24th.  We had another defendant in the case request the 24th as the only date available for them and had to schedule their deposition for that date.  Due to the our schedules and those of the  defendant before the discovery deadline, May 10th is now the only workable date for you deposition.  I apologize we are not able to accommodate you any further but at this point we intend to keep your deposition noticed for the 10th.
>>
>> Todd

**From:** neil parekh <neilparekh77@gmail.com>
**Sent:** Wednesday, May 1, 2019 8:28:53 AM
**To:** Todd Yoder
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Hi Todd,

I am not available May 10th.  I made arrangements to be available May 24th per your previous request.

Neil


On Tue, Apr 9, 2019 at 5:00 PM Todd Yoder <ty@kkc.com> wrote:

> Mr. Parekh,
>
> Please see attached.
>
> Sincerely,
>
> Todd Yoder
>
> --
>
> **Todd Yoder | Associate**
>
> Kohn, Kohn & Colapinto, LLP
>
> 3233 P Street NW Washington, DC 20007
>
> Tel:  (202) 342-6980
>
> Fax: (202) 342-6984
>
> E-mail: ty@kkc.com
>
> **Website |Blog | Linkedin | Twitter | Facebook**

Important Notice: This e-mail transmission and any attachment(s) is intended only for the personal and confidential use of the intended recipient(s). This e-mail (including any and all attachments) contains strictly confidential attorney-client communications and/or attorney work product and is legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein (including any and all attachments) is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 202-342-6980, or by return e-mail, immediately. Also, to ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Thank you.

# EXHIBIT 13

May 24, 2019

**Via Email and U.S. Mail**

Neil Parekh
1615 North Queen Street, Unit 306
Arlington, VA 22209

Re:    **Defendant Neil Parekh's Deposition Date in *U.S. ex rel. Scollick v. Narula, et al.*,**
        **1:14-cv-1339 (D.D.C.)**

Dear Mr. Parekh:

Let this letter confirm that we have received your May 23, 2019 e-mail which states in part that:

> I had mentioned on May 8th I was available for a deposition for
> May 29th.  Unfortunately, I made plans on May 12th to be out of
> town and can no longer make that date as I will be out of town.  I
> will try to reshuffle my schedule and let you know tomorrow if I
> am available to make the 29th date.

Unfortunately, we feel that this notice, given a mere two business days prior to your scheduled
deposition, and the reasoning behind it is wholly insufficient and we are not prepared to
accommodate another schedule change.  On May 7th, you informed me by email that you would
be available on May 29th for your deposition, to which I replied on May 8th asking that you
"[p]lease hold May 29th open for your deposition."  I followed up that email with another on
May 14th informing you that a deposition schedule had been finalized between all represented
parties and that your deposition would "in fact take place on May 29th" and that I would be
sending you an updated notice of deposition soon, which I did on May 21st.

You agreed to a May 29th deposition date, and I asked you to keep that date open, prior to you
making plans on May 12th to be out of town.  Neither I, nor Michael Kohn, received any notice
from you until now that, as you claim now, you made these plans after agreeing to May 29th as
your deposition date, even though you had ample time to provide such notice.  The scheduling of
depositions in this case has been extremely complicated due to the large number of parties and at
this point we have no choice but to continue with your deposition on May 29th, as noticed and
previously agreed to by you.

I would refer you to the Federal Rules of Civil Procedure ("FRCP") and the Local Rules for the
United States District Court of the District of Columbia[1] regarding depositions in federal civil

---

[1] https://www.dcd.uscourts.gov/sites/dcd/files/local_rules/LocalRulesSept2016.pdf

trial such as this one.  FRCP 30 allows Plaintiff-Relator to depose you at a time and location of our choosing, so long as we provide reasonable written notice to all parties, which we did.[2] Moreover, despite it not being necessary, we have engaged in a good-faith effort to accommodate your schedule and proceeded on the understanding that your deposition would take place on May 29th as you agreed to.  We believe that this last minute, informal notification that you will not be available is not sufficient and as a party witness, if you fail to appear for this deposition you will be subject to sanctions as described in FRCP 37(d).[3]

If you have any questions, please contact do not hesitate to contact Michael Kohn or me.

Sincerely,

Todd Yoder
Michael D. Kohn
Attorneys for Andrew Scollick

[2] https://www.law.cornell.edu/rules/frcp/rule_30
[3] https://www.law.cornell.edu/rules/frcp/rule_37

# EXHIBIT 14

**Todd Yoder**

---

**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula
**Date:** Tuesday, May 28, 2019 at 1:48:03 PM Eastern Daylight Time
**From:** neil parekh <neilparekh77@gmail.com>
**To:** Todd Yoder <ty@kkc.com>
**CC:** Michael Kohn <mk@kkc.com>

I will not be able to attend.  Please could you reschedule.

Thank you

On Tue, May 28, 2019 at 10:13 AM Todd Yoder <ty@kkc.com> wrote:

> Mr. Parekh,
>
>
> This email serves as a reminder that your deposition will be taking place tomorrow at the offices of LeClair Ryan, 815 Connecticut Avenue, Suite 620, Washington, DC 20006.  Please arrive no later than 11 a.m.
>
>
> If you will not be appearing, as you stated was a possibility last week, please inform us immediately.
>
>
> Thank you,
>
>
> Todd Yoder
>
> ---
>
> **From:** Todd Yoder <ty@kkc.com>
> **Date:** Friday, May 24, 2019 at 12:36 PM
> **To:** neil parekh <neilparekh77@gmail.com>
> **Cc:** Michael Kohn <mk@kkc.com>
> **Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula
>
>
> Mr. Parekh,
>
>
> Please see the attached letter.
>
>
> Sincerely,

Todd Yoder

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Thursday, May 23, 2019 at 5:45 PM
**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Todd,

I had mentioned on May 8th I was available for a deposition for May 29th.  Unfortunately, I made plans on May 12th to be out of town and can no longer make that date as I will be out of town.  I will try to reshuffle my schedule and let you know tomorrow if I am available to make the 29th date.

Sorry for the inconvienience

Neil

On Fri, May 17, 2019 at 10:09 PM neil parekh <neilparekh77@gmail.com> wrote:

> Todd,
>
> I consent to the motion if all other defendants have consented
>
> Thanks
>
> Neil

On Tue, May 14, 2019 at 3:43 PM Todd Yoder <ty@kkc.com> wrote:

Mr. Parekh,


We have finalized a deposition schedule with all defendants and your deposition will in fact take place on May 29th.  We will be sending out an updated notice in the next few days.


Also, the Court has set the deadline for discovery in this case for May 28 and the deadline for any summary judgment motions to be filed by June 24.  Because all of the parties have had issues scheduling and completing all of the deposition by the May 28 deadline, Plaintiff-Relator Scollick is going to file a motion tomorrow asking the court to extend those deadlines by 30 days.  All of the represented defendants in this case have consented to the motion and we would like to know if you consent as well.  Please let me know by tomorrow if you can.


Thanks,

Todd

---

**From:** Todd Yoder <ty@kkc.com>
**Date:** Wednesday, May 8, 2019 at 2:36 PM
**To:** neil parekh <neilparekh77@gmail.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula


Please hold May 29th open for you deposition.  We are still working on finalizing the schedule so a possibility remains that we may have to change it but I will let you know as soon as we can confirm that date for you.


Todd

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Tuesday, May 7, 2019 at 10:48 PM
**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula


Yes, I can.


On Mon, May 6, 2019 at 10:19 AM Todd Yoder <ty@kkc.com> wrote:

Neil,

Could you make the 29th work?

Todd

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Saturday, May 4, 2019 at 10:15 AM
**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Hi Todd,

Appreciate your consideration.  May 28th works best for me.  I am 100% not available May 31st.

Thanks,

Neil

On Fri, May 3, 2019 at 2:09 PM Todd Yoder <ty@kkc.com> wrote:

> Mr. Parekh,
>
> While the official deadline for discovery in this case is May 28th, we are working with other counsel to try to get everyone's consent to hold one or two depositions after that date.  If you also willing to consent to having your deposition outside the discovery period and are able to appear on May 28th-31st, please let me know and we will be able to move your deposition from the 10th.  Otherwise we will be forced to leave the deposition as currently scheduled for May 10th.  Additionally, we are also currently waiting to hear from another defendant about those dates so there is a chance one will be taken soon.
>
> Todd

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Thursday, May 2, 2019 at 7:06 PM
**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Todd,

I am not available May 10th due to previous commitments.  I am still available May 24th.

Neil

On Wed, May 1, 2019 at 8:39 AM Todd Yoder <ty@kkc.com> wrote:

> Unfortunately, since you were unresponsive to our emails we could not confirm your
> availability for the 24th.  We had another defendant in the case request the 24th as the
> only date available for them and had to schedule their deposition for that date.  Due to
> the our schedules and those of the  defendant before the discovery deadline, May 10th
> is now the only workable date for you deposition.  I apologize we are not able to
> accommodate you any further but at this point we intend to keep your deposition
> noticed for the 10th.
>
> Todd
>
> ---
>
> **From:** neil parekh <neilparekh77@gmail.com>
> **Sent:** Wednesday, May 1, 2019 8:28:53 AM
> **To:** Todd Yoder
> **Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula
>
> Hi Todd,
>
> I am not available May 10th.  I made arrangements to be available May 24th per your previous
> request.
>
> Neil

On Tue, Apr 9, 2019 at 5:00 PM Todd Yoder <ty@kkc.com> wrote:

> Mr. Parekh,
>
> Please see attached.
>
> Sincerely,
>
> Todd Yoder
>
> --
>
> **Todd Yoder | Associate**
>
> Kohn, Kohn & Colapinto, LLP
>
> 3233 P Street NW Washington, DC 20007
>
> Tel:  (202) 342-6980
>
> Fax: (202) 342-6984
>
> E-mail: ty@kkc.com
>
> **Website |Blog | Linkedin| Twitter | Facebook**
>
>
> Important Notice: This e-mail transmission and any attachment(s) is intended only for the personal and confidential use of the intended recipient(s). This e-mail (including any and all attachments) contains strictly confidential attorney-client communications and/or attorney work product and is legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein (including any and all attachments) is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 202-342-6980, or by return e-mail, immediately. Also, to ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Thank you.

# EXHIBIT 15

**Subject:**      Scollick - CASE NO. 14-1339. Request for change in deposition date

**Date:**          Tuesday, May 28, 2019 at 7:54:38 PM Eastern Daylight Time

**From:**         neil parekh

**To:**             Todd Yoder, Michael Kohn

**CC:**            David Colapinto, rbarbour@watttieder.com, hblake@watttieder.com, rglos@watttieder.com, Crodgers-waire@wcslaw.com, gsunderland@wcslaw.com, Marc Campsen, handleman@ewdc.com, Laura Hassler, pmengel@pilieromazza.com, jwilliams@pilieromazza.com, Tom Coulter, Stolarz, Brian W., Zuk, Peter, Darrell Valdez

**Attachments:** image001.jpg, letter regararding deposition.pdf

Mr. Yoder,

Please see attached letter. I am requesting a change in deposition date and confirmation Andrew Scollick will not be present at the deposition.

Also, I don't believe I was ever informed about the time and place for Mr. Scollick's deposition nor given the opportunity to depose Mr. Scollick. Please let me know some available dates I may make arrangements to depose Mr. Scollick.

Thank you,

Neil Parekh

# EXHIBIT 16

**Kohn, Kohn and Colapinto**

**3233 P Street, N.W.**
**Washington, DC 20007**

**RE:  Defendant Neil Parekh's Deposition Date in U.S. ex rel. Scollick v. Narula, et al.,**
**1:14-cv-1339 (D.D.C.)**

Dear Mr. Kohn and Mr. Yoder,

I am writing to inform you that I am unable to attend my scheduled deposition on Wednesday, June 28th at 11am due to a threating incident on April 8th, 2019 outside my residence in Arlington, VA.

Late at night after work, I parked my truck outside my building whilst continuing a conversation on the phone when a black truck with tinted windows approached and moved within inches and parallel to my vehicle to block me in so I could not drive away for the second time within 5 minutes. The driver, Mr. Andrew Scollick, exited the truck in a very threatening manner, walked toward my truck, and then began screaming in a highly agitated and aggressive voice. He said: "your life is f***ing over, I am going to end you, you are over, you are f***ing done! Done! Done!". He then sped off, circled around again, and glared at me from his truck. I suspect that Mr. Scollick was under the influence given his deranged behavior. Additionally, I have since learned that Mr. Scollick has a history of drug use. I immediately filed a police report after the incident, and as you may now know submitted a letter to Hon. Judge Royce Lamberth outlining my safety concerns.

Obviously, this was an incredibly traumatic experience for me.  I am still thoroughly shaken from this event and fear for my safety. Every time I leave and return to my apartment I am constantly on the lookout for black trucks and the possibility of another encounter with Mr. Scollick. As a result of this interaction with Mr. Scollick, and my continuing anxiety, I've made the decision to move from my current residence to reduce the chances that I will again be accosted and threatened by Mr. Scollick.

Due to the anxiety and mental strain since the incident, I'm not in the proper state to attend the deposition set for this Wednesday.

Furthermore, I will be requesting the courts and Hon. Judge Royce Lamberth that my new address be kept confidential and request you instruct your client not to approach or confront me, otherwise I will be forced to seek a restraining order against him.  I would also like to request Mr. Scollick not be present at my rescheduled deposition date.

Sincerely,

Neil Parekh

# EXHIBIT 17

**Todd Yoder**

---

**Subject:** Re: Scollick - CASE NO. 14-1339. Request for change in deposition date

**Date:** Wednesday, May 29, 2019 at 10:26:18 AM Eastern Daylight Time

**From:** Michael Kohn <mk@kkc.com>

**To:** neil parekh <neilparekh77@gmail.com>

**CC:** David Colapinto <dc@kkc.com>, rbarbour@watttieder.com <rbarbour@watttieder.com>, hblake@watttieder.com <hblake@watttieder.com>, rglos@watttieder.com <rglos@watttieder.com>, Crodgers-waire@wcslaw.com <Crodgers-waire@wcslaw.com>, gsunderland@wcslaw.com <gsunderland@wcslaw.com>, Marc Campsen <mcampsen@wcslaw.com>, handleman@ewdc.com <handleman@ewdc.com>, Laura Hassler <hassler@ewdc.com>, pmengel@pilieromazza.com <pmengel@pilieromazza.com>, jwilliams@pilieromazza.com <jwilliams@pilieromazza.com>, Tom Coulter <TCoulter@ohaganmeyer.com>, Stolarz, Brian W. <Brian.Stolarz@leclairryan.com>, Zuk, Peter <Peter.Zuk@leclairryan.com>, Darrell Valdez <darrell.valdez@usdoj.gov>, Todd Yoder <ty@kkc.com>

Mr. Parekh, it appears that your factual assertions are materially false and made to avoid compliance with your deposition notice.  I note that, contrary to your assertions, the certificate of service indicates that you were advised of the actual time and place of Mr. Andrew Scollick's deposition and so I must assume that not attending was intentional.  I have been concerned for some time about your past stalking activity of  Mr. Scollick.  I note that your "stalking" excuse runs contrary to your prior stated reason for your insistence that you not be required to appear as noticed.  As such, your request to reschedule is denied.  The time and location of the deposition remains as noticed.

Regards,

Michael D. Kohn
Kohn, Kohn & Colapinto, LLP
3233 P St. NW
Washington, DC 20007
202-759-0175 (Direct Dial)
202-342-6980 (Office)
202-342-6984 FAX

Important Notice: This e-mail transmission and any attachment(s) is intended only for the personal and confidential use of the intended recipient(s). This e-mail (including any and all attachments) contains strictly confidential attorney-client communications and/or attorney work product and is legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein (including any and all attachments) is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 202-342-6980, or by return e-mail, immediately. Also, to ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.Thank you.

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Tuesday, May 28, 2019 at 7:54 PM

**To:** Todd Yoder <ty@kkc.com>, Michael Kohn <mk@kkc.com>
**Cc:** David Colapinto <dc@kkc.com>, "rbarbour@watttieder.com" <rbarbour@watttieder.com>, "hblake@watttieder.com" <hblake@watttieder.com>, "rglos@watttieder.com" <rglos@watttieder.com>, "Crodgers-waire@wcslaw.com" <Crodgers-waire@wcslaw.com>, "gsunderland@wcslaw.com" <gsunderland@wcslaw.com>, Marc Campsen <mcampsen@wcslaw.com>, "handleman@ewdc.com" <handleman@ewdc.com>, Laura Hassler <hassler@ewdc.com>, "pmengel@pilieromazza.com" <pmengel@pilieromazza.com>, "jwilliams@pilieromazza.com" <jwilliams@pilieromazza.com>, Tom Coulter <TCoulter@ohaganmeyer.com>, "Stolarz, Brian W." <Brian.Stolarz@leclairryan.com>, "Zuk, Peter" <Peter.Zuk@leclairryan.com>, Darrell Valdez <darrell.valdez@usdoj.gov>
**Subject:** Scollick - CASE NO. 14-1339. Request for change in deposition date

Mr.  Yoder,

Please see attached letter.  I am requesting a change in deposition date and confirmation Andrew Scollick will not be present at the deposition.

Also, I don't believe I was ever informed about the time and place for Mr. Scollick's deposition nor given the opportunity to depose Mr. Scollick.  Please let me know some available dates I may make arrangements to depose Mr. Scollick.

Thank you,

Neil Parekh

# EXHIBIT 18

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

_____
                                :
IN THE MATTER OF:               :
                                :
UNITED STATES OF AMERICA        :
ex rel. ANDREW SCOLLICK,        :
                                :
        Plaintiff-Relator,      :
                                :
    v.                          : Civ. Action No.
                                : 14-CV-01339-RCL
VIJAY NARULA, et al.,           :
                                :
        Defendants.             :
                                :
_____:

            Wednesday,
            May 29, 2019

            Washington, D.C.


DEPOSITION OF:

            NEIL PAREKH


called for examination by Counsel for the

Plaintiff, pursuant to Notice of Deposition, in

the law offices of LeClairRyan, located at 815

Connecticut Avenue, NW, Suite 620, when were

present on behalf of the respective parties:

APPEARANCES:

On Behalf of Plaintiff-Relator:

MICHAEL KOHN, ESQ.
TODD YODER, ESQ.
Kohn, Kohn & Colapinto LLP
3233 P Street, NW
Washington, D.C. 20001
202-342-6980


On Behalf of Defendants:

ROBERT G. BARBOUR, ESQ.*
Watt, Tieder, Hoffar & Fitzgerald, LLP
1765 Greensboro Station Place
Suite 1000
McLean, Virginia 22102
703-749-1000
rbarbour@watttieder.com

CYNTHIA E. RODGERS-WAIRE, ESQ.*
WCS Law
7 Saint Paul Street
18th Floor
Baltimore, Maryland 21202
410-659-1343
crodgers-waire@wcslaw.com

LAURA M.K. HASSLER, ESQ.*
Eccleston and Wolf
1629 K Street, NW

Suite 260

Washington, D.C. 20006

202-857-0762

hassler@ewdc.com

```
APPEARANCES: (CONT.)

On Behalf of Defendants:

BRIAN STOLARZ, ESQ.
O'Hagan Meyer
411 E. Franklin Street
Suite 500
Richmond, Virginia 23219
804-403-7130
tcoulter@ohaganmeyer.com


PAUL W MENGEL III, ESQ.*
PilieroMazza, PLLC
888 17th Street, NW
11th Floor
Washington, D.C. 20006
202-857-1000
pmengel@pilieromazza.com

DARRELL VALDEZ, ESQ.*
Assistant U.S. Attorney
Office of the Attorney General
Judiciary Center Building
555 4th Street, NW
Washington, D.C. 20530
202-307-2843
darrell.valdez@usdoj.gov



ALSO PRESENT:

TIA MACE*


* present via telephone
```

1                    P-R-O-C-E-E-D-I-N-G-S

2                                        (11:22 a.m.)

3              MR. STOLARZ:  Hey, folks.  Sorry for

4      the delay, but we are now about to go on the

5      record.

6              So, this is Brian Stolarz,

7      representing the OST Defendants: OST Inc., Vijay

8      Narula, and Ajay Madan.  We're in my office at

9      815 Connecticut Avenue in Washington, D.C.  It is

10     11:23 on my watch, but if anyone's got a

11     different time, there you go.  And we turn the

12     deposition over to Mr. Kohn, who is here with his

13     associate.

14             MR. KOHN:  Pursuant to notice provided

15     to Mr. Parekh and all of their party or their

16     representatives, I am marking as Relator Exhibit

17     93 the notice of deposition of Mr. Parekh.

18             (Whereupon, the above-referred to

19             document was marked as Relator Exhibit

20             No. 93 for identification.)

21             MR. KOHN:  Mr. Parekh agreed to appear

22     on this date and time, orally and in writing, to

1    our office.  He did that on May 7th.  And that

2    was after essentially refusing to show on prior

3    dates that we had set for him.

4              On May 23rd, Mr. Parekh stated to us

5    via email that he made plans to be out of town

6    and that was his reason for not attending the

7    deposition.

8              On May 24th, we advised Mr. Parekh in

9    writing that this basis was unacceptable, and

10   advised him to attend or suffer potential

11   sanctions under Federal Rule of Civil Procedure

12   Rule 37(d).  He was also advised this morning

13   that he had to attend.  It appears that Mr.

14   Parekh does not intend to be here, therefore we

15   are suspending the deposition and we'll seek

16   sanctions.

17             MR. STOLARZ:  And for the folks on the

18   phone, for the record, it is the May 21st, 2019

19   notice which has Mr. Parekh noted with other

20   parties.  Just so that you are aware, it's the

21   May 21st, 2019 document is the relator exhibit,

22   which I'm handing to the court reporter.

1                    Is there anyone on the phone who wants

2        to make a statement, or any other notice for the

3        record?

4                    (No response.)

5                    MR. STOLARZ:  Okay, hearing none.

6                    MR. KOHN:  This concludes the -- well,

7        this suspends the deposition.

8                    MR. STOLARZ:  Thank you all on the

9        phone.

10                    (Whereupon, the above-entitled matter

11        went off the record at 11:25 a.m. and resumed at

12        11:28 a.m.)

13                    MR. KOHN:  We're back on the record

14        for a technical correction.  The exhibit number

15        is Relator 95 as to plaintiff-relator Andrew

16        Scollick's notice of deposition in front of Mr.

17        Parekh.

18                    (Whereupon, the above-referred to

19                    document was re-marked as Relator

20                    Exhibit No. 95 for identification.)

21                    (Whereupon, the above-entitled matter

22        went off the record at 11:28 a.m.)

**A**

**a.m** 4:2 6:11,12,22
**above-entitled** 6:10,21
**above-referred** 4:18
  6:18
**Action** 1:8
**advised** 5:8,10,12
**agreed** 4:21
**Ajay** 4:8
**al** 1:9
**AMERICA** 1:5
**Andrew** 1:6 6:15
**anyone's** 4:10
**appear** 4:21
**APPEARANCES** 2:1
  3:1
**appears** 5:13
**Assistant** 3:12
**associate** 4:13
**attend** 5:10,13
**attending** 5:6
**Attorney** 3:12,12
**Avenue** 1:21 4:9
**aware** 5:20

**B**

**back** 6:13
**Baltimore** 2:14
**BARBOUR** 2:8
**basis** 5:9
**behalf** 1:22 2:2,7 3:2
**Brian** 3:3 4:6
**Building** 3:13

**C**

**called** 1:18
**Center** 3:13
**Civ** 1:8
**Civil** 5:11
**Colapinto** 2:4
**COLUMBIA** 1:1
**concludes** 6:6
**Connecticut** 1:21 4:9
**CONT** 3:1
**correction** 6:14
**Counsel** 1:18
**court** 1:1 5:22
**crodgers-waire@wc...**
  2:15
**CYNTHIA** 2:12

**D**

**D.C** 1:13 2:5,19 3:9,14
  4:9
**DARRELL** 3:11
**darrell.valdez@usdoj...**
  3:15

**date** 4:22
**dates** 5:3
**Defendants** 1:10 2:7
  3:2 4:7
**delay** 4:4
**deposition** 1:15,19 4:12
  4:17 5:7,15 6:7,16
**different** 4:11
**DISTRICT** 1:1,1
**document** 4:19 5:21
  6:19

**E**

**E** 2:12 3:4
**Eccleston** 2:16
**email** 5:5
**ESQ** 2:3,3,8,12,16 3:3,7
  3:11
**essentially** 5:2
**et** 1:9
**ex** 1:6
**examination** 1:18
**exhibit** 4:16,19 5:21
  6:14,20

**F**

**Federal** 5:11
**Fitzgerald** 2:8
**Floor** 2:13 3:9
**folks** 4:3 5:17
**Franklin** 3:4
**front** 6:16

**G**

**G** 2:8
**General** 3:12
**Greensboro** 2:9

**H**

**handing** 5:22
**HASSLER** 2:16
**hassler@ewdc.com**
  2:21
**hearing** 6:5
**Hey** 4:3
**Hoffar** 2:8

**I**

**identification** 4:20 6:20
**III** 3:7
**intend** 5:14

**J**

**Judiciary** 3:13

**K**

**K** 2:17
**Kohn** 2:3,4,4 4:12,14,21

  6:6,13

**L**

**LAURA** 2:16
**law** 1:20 2:12
**LeClairRyan** 1:20
**LLP** 2:4,8
**located** 1:20

**M**

**M.K** 2:16
**MACE** 3:18
**Madan** 4:8
**marked** 4:19
**marking** 4:16
**Maryland** 2:14
**matter** 1:4 6:10,21
**McLean** 2:10
**MENGEL** 3:7
**Meyer** 3:3
**MICHAEL** 2:3
**morning** 5:12

**N**

**Narula** 1:9 4:8
**NEIL** 1:16
**noted** 5:19
**notice** 1:19 4:14,17
  5:19 6:2,16
**number** 6:14
**NW** 1:21 2:4,17 3:8,13

**O**

**O'Hagan** 3:3
**office** 3:12 4:8 5:1
**offices** 1:20
**orally** 4:22
**OST** 4:7,7

**P**

**P** 2:4
**P-R-O-C-E-E-D-I-N-G-S**
  4:1
**Parekh** 1:16 4:15,17,21
  5:4,8,14,19 6:17
**parties** 1:22 5:20
**party** 4:15
**Paul** 2:13 3:7
**phone** 5:18 6:1,9
**PilieroMazza** 3:8
**Place** 2:9
**Plaintiff** 1:19
**plaintiff-relator** 1:7 2:2
  6:15
**plans** 5:5
**PLLC** 3:8
**pmengel@pilieroma...**
  3:10

**potential** 5:10
**present** 1:22 3:17,19
**prior** 5:2
**Procedure** 5:11
**provided** 4:14
**pursuant** 1:19 4:14

**Q**

**R**

**rbarbour@watttieder...**
  2:11
**re-marked** 6:19
**reason** 5:6
**record** 4:5 5:18 6:3,11
  6:13,22
**refusing** 5:2
**rel** 1:6
**relator** 4:16,19 5:21
  6:15,19
**reporter** 5:22
**representatives** 4:16
**representing** 4:7
**respective** 1:22
**response** 6:4
**resumed** 6:11
**Richmond** 3:5
**ROBERT** 2:8
**RODGERS-WAIRE**
  2:12
**Rule** 5:11,12

**S**

**Saint** 2:13
**sanctions** 5:11,16
**SCOLLICK** 1:6
**Scollick's** 6:16
**seek** 5:15
**set** 5:3
**show** 5:2
**Sorry** 4:3
**stated** 5:4
**statement** 6:2
**STATES** 1:1,5
**Station** 2:9
**Stolarz** 3:3 4:3,6 5:17
  6:5,8
**Street** 2:4,13,17 3:4,8
  3:13
**suffer** 5:10
**Suite** 1:21 2:9,18 3:4
**suspending** 5:15
**suspends** 6:7

**T**

**tcoulter@ohaganme...**
  3:6
**technical** 6:14

telephone 3:19
Thank 6:8
TIA 3:18
Tieder 2:8
TODD 2:3
town 5:5
turn 4:11

**U**

U.S 3:12
unacceptable 5:9
UNITED 1:1,5

**V**

v 1:8
VALDEZ 3:11
Vijay 1:9 4:7
Virginia 2:10 3:5

**W**

W 3:7
wants 6:1
Washington 1:13 2:5
  2:19 3:9,14 4:9
watch 4:10
Watt 2:8
WCS 2:12
Wednesday 1:12
went 6:11,22
Wolf 2:16
writing 4:22 5:9

**X**

**Y**

YODER 2:3

**Z**

**0**

**1**

1000 2:9
11:22 4:2
11:23 4:10
11:25 6:11
11:28 6:12,22
11th 3:9
14-CV-01339-RCL 1:8
1629 2:17
1765 2:9
17th 3:8
18th 2:13

**2**

20001 2:5
20006 2:19 3:9
2019 1:12 5:18,21

202-307-2843 3:14
202-342-6980 2:5
202-857-0762 2:20
202-857-1000 3:10
20530 3:14
21202 2:14
21st 5:18,21
22102 2:10
23219 3:5
23rd 5:4
24th 5:8
260 2:18
29 1:12

**3**

3233 2:4
37(d) 5:12

**4**

410-659-1343 2:14
411 3:4
4th 3:13

**5**

500 3:4
555 3:13

**6**

620 1:21

**7**

7 2:13
703-749-1000 2:10
7th 5:1

**8**

804-403-7130 3:5
815 1:20 4:9
888 3:8

**9**

93 4:17,20
95 6:15,20

C E R T I F I C A T E

This is to certify that the foregoing transcript

Deposition of: Neil Parekh

In the matter of: USA v Narula

Before: US District Court

Date: 05-29-19

Place: Washington, DC


were duly recorded and accurately transcribed under

my direction; further, that said transcript is a

true and accurate record of the proceedings; and

that I am neither counsel for, related to, nor

employed by any of the parties to this action in

which this deposition was taken; and further that I

am not a relative nor an employee of any of the

parties nor counsel employed by the parties, and I

am not financially or otherwise interested in the

outcome of the action.


------------------------
Court Reporter

# EXHIBIT 19

**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

**Date:** Wednesday, June 19, 2019 at 7:00:43 PM Eastern Daylight Time

**From:** neil parekh <neilparekh77@gmail.com>

**To:** Michael Kohn <mk@kkc.com>

**CC:** Todd Yoder <ty@kkc.com>

Mr. Kohn,

As mentioned previously, my reason for requesting for an alternate date for my deposition was due to traveling, safety concerns and urgent requirements to find another place of residence.  I have since finalized a new lease and taken the necessary precautions for my safety.

I believe an extension for depositions was granted with a deadline of June 28th.  I am available this week or the week of June 24th and if necessary could be available to come in this weekend.

Sincerely,

Neil Parekh

On Wed, Jun 19, 2019 at 2:15 PM Michael Kohn <mk@kkc.com> wrote:

> Mr. Parekh, please be advised that it no longer appears possible to take your deposition before the end of the existing discovery period as we would be unable to provide all the other parties with appropriate notice and because the depositions currently scheduled place a sizable work burden on Plaintiff-Relator's counsel making it impactite to squeeze in the most important witness in the case a the last minute.  That you assert that you are willing to sit for a deposition now is inconsistent with your refusal to do so earlier.  You have caused Plaintiff-Relaor's counsel to incur a great deal of unnecessary time and costs due to your sporadic communication style and contradictory actions.  We therefore find it necessary to notify the court of the difficulty we have faced when attempting to depose you in the past and find it necessary to do so in order to protect Plaintiff-Relator's right to compel your appearance at a later date.   The disruption you have caused to our discovery plan is not inconsequential and we believe your conduct, even for a pro se defendant, is sanctionable.
>
>
> Regards,
>
> Michael D. Kohn
>
> Kohn, Kohn & Colapinto, LLP
>
> 3233 P St. NW
>
> Washington, DC 20007
>
> 202-759-0175 (Direct Dial)
>
> 202-342-6980 (Office)
>
> 202-342-6984 FAX
>
>
> Important Notice: This e-mail transmission and any attachment(s) is intended only for the personal and confidential use of the intended recipient(s). This e-mail (including any and all attachments) contains strictly confidential

**Page 1 of 8**

attorney-client communications and/or attorney work product and is legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein (including any and all attachments) is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 202-342-6980, or by return e-mail, immediately. Also, to ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.Thank you.

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Wednesday, June 19, 2019 at 12:18 PM
**To:** Todd Yoder <ty@kkc.com>
**Cc:** Michael Kohn <mk@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Todd,

Please let me know some available times to schedule my deposition.

Thank you,

Neil

On Tue, May 28, 2019 at 1:48 PM neil parekh <neilparekh77@gmail.com> wrote:

I will not be able to attend.  Please could you reschedule.

Thank you

On Tue, May 28, 2019 at 10:13 AM Todd Yoder <ty@kkc.com> wrote:

Mr. Parekh,

This email serves as a reminder that your deposition will be taking place tomorrow at the offices of LeClair Ryan, 815 Connecticut Avenue, Suite 620, Washington, DC 20006.  Please arrive no later than 11 a.m.


If you will not be appearing, as you stated was a possibility last week, please inform us immediately.


Thank you,


Todd Yoder

---

**From:** Todd Yoder <ty@kkc.com>
**Date:** Friday, May 24, 2019 at 12:36 PM
**To:** neil parekh <neilparekh77@gmail.com>
**Cc:** Michael Kohn <mk@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula


Mr. Parekh,


Please see the attached letter.


Sincerely,


Todd Yoder

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Thursday, May 23, 2019 at 5:45 PM
**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula


Todd,

I had mentioned on May 8th I was available for a deposition for May 29th.  Unfortunately, I made plans on May 12th to be out of town and can no longer make that date as I will be out of town.  I will try to reshuffle my schedule and let you know tomorrow if I am available to make the 29th date.

Sorry for the inconvienience

Neil

On Fri, May 17, 2019 at 10:09 PM neil parekh <neilparekh77@gmail.com> wrote:

Todd,

I consent to the motion if all other defendants have consented

Thanks

Neil

On Tue, May 14, 2019 at 3:43 PM Todd Yoder <ty@kkc.com> wrote:

Mr. Parekh,

We have finalized a deposition schedule with all defendants and your deposition will in fact take place on May 29th.  We will be sending out an updated notice in the next few days.

Also, the Court has set the deadline for discovery in this case for May 28 and the deadline for any summary judgment motions to be filed by June 24.  Because all of the parties have had issues scheduling and completing all of the deposition by the May 28 deadline, Plaintiff-Relator Scollick is going to file a motion tomorrow asking the court to extend those deadlines by 30 days.  All of the represented defendants in this case have consented to the motion and we would like to know if you consent as well. Please let me know by tomorrow if you can.

Thanks,

Todd

---

**From:** Todd Yoder <ty@kkc.com>
**Date:** Wednesday, May 8, 2019 at 2:36 PM
**To:** neil parekh <neilparekh77@gmail.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Please hold May 29th open for you deposition.  We are still working on finalizing the schedule so a possibility remains that we may have to change it but I will let you know as soon as we can confirm that date for you.

Todd

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Tuesday, May 7, 2019 at 10:48 PM
**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Yes, I can.

On Mon, May 6, 2019 at 10:19 AM Todd Yoder <ty@kkc.com> wrote:

> Neil,
>
> Could you make the 29th work?
>
> Todd

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Saturday, May 4, 2019 at 10:15 AM
**To:** Todd Yoder <ty@kkc.com>

**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Hi Todd,

Appreciate your consideration.  May 28th works best for me.  I am 100% not available May 31st.

Thanks,

Neil

On Fri, May 3, 2019 at 2:09 PM Todd Yoder <ty@kkc.com> wrote:

> Mr. Parekh,
>
> While the official deadline for discovery in this case is May 28th, we are working with other counsel to try to get everyone's consent to hold one or two depositions after that date.  If you also willing to consent to having your deposition outside the discovery period and are able to appear on May 28th-31st, please let me know and we will be able to move your deposition from the 10th. Otherwise we will be forced to leave the deposition as currently scheduled for May 10th. Additionally, we are also currently waiting to hear from another defendant about those dates so there is a chance one will be taken soon.
>
> Todd

---

**From:** neil parekh <neilparekh77@gmail.com>
**Date:** Thursday, May 2, 2019 at 7:06 PM
**To:** Todd Yoder <ty@kkc.com>
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Todd,

I am not available May 10th due to previous commitments.  I am still available May 24th.

Neil

On Wed, May 1, 2019 at 8:39 AM Todd Yoder <ty@kkc.com> wrote:

Unfortunately, since you were unresponsive to our emails we could not confirm your availability for the 24th.  We had another defendant in the case request the 24th as the only date available for them and had to schedule their deposition for that date.  Due to the our schedules and those of the  defendant before the discovery deadline, May 10th is now the only workable date for you deposition.  I apologize we are not able to accommodate you any further but at this point we intend to keep your deposition noticed for the 10th.

Todd

**From:** neil parekh <neilparekh77@gmail.com>
**Sent:** Wednesday, May 1, 2019 8:28:53 AM
**To:** Todd Yoder
**Subject:** Re: Parekh Deposition April 17, 2019 in USA ex rel. Scollick v. Narula

Hi Todd,

I am not available May 10th.  I made arrangements to be available May 24th per your previous request.

Neil

On Tue, Apr 9, 2019 at 5:00 PM Todd Yoder <ty@kkc.com> wrote:

Mr. Parekh,

Please see attached.

Sincerely,

Todd Yoder

--

**Todd Yoder | Associate**

Kohn, Kohn & Colapinto, LLP

3233 P Street NW Washington, DC 20007

Tel:  (202) 342-6980

Fax: (202) 342-6984

E-mail: ty@kkc.com

**Website |Blog | Linkedin| Twitter | Facebook**

Important Notice: This e-mail transmission and any attachment(s) is intended only for the personal and confidential use of the intended recipient(s). This e-mail (including any and all attachments) contains strictly confidential attorney-client communications and/or attorney work product and is legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein (including any and all attachments) is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 202-342-6980, or by return e-mail, immediately. Also, to ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Thank you.