UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANDREW SCOLLICK, )<br>)<br>) Plaintiff-Relator, )<br>)<br>vs. )<br>)<br>VIJAY NARULA, *et al.*, )<br>)<br>Defendants. )<br>) | Civ. Action No. 14-CV-01339-RCL |

[PROPOSED] ORDER [272]

UPON CONSIDERATION of Plaintiff-Relator's Motion for Sanctions and to Compel Defendant Neil Parekh's Appearance for Deposition, dated June 25, 2019, all argument and papers, including the statement of points and authorities and exhibits filed in support of the motion, all argument and papers filed in response thereto, and the entire record herein, it be and hereby is:

ORDERED that pursuant to Rule 37, Fed. R. Civ. P., Plaintiff-Relator's motion for sanctions and to compel is GRANTED; and it is

FURTHER ORDERED that Defendant Neil Parekh shall attend his deposition, upon receiving proper notice by Plaintiff-Relator, on the date set forth in that notice or otherwise mutually agreed to in writing by Plaintiff-Relator's counsel, and it is

FURTHER ORDERED that Defendant Neil Parekh pay all reasonable expenses and fees incurred by Plaintiff-Relator due to his failure to appear for his properly noticed deposition convened on May 29, 2019.

IT IS SO ORDERED.

DATE: 9/8/20

*Royce C. Lamberth*
Royce C. Lamberth
United States District Judge