UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANDREW SCOLLICK, <br><br> Plaintiff-Relator, <br><br> v. <br><br> VIJAY NARULA, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 1:14CV01339 (RCL) ) ) ) ) ) ) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff-Relator's Motion for Leave to File a Second Amended Complaint, statement of points and authorities in support thereof, the proposed Second Amended Complaint, the responses thereto by the Defendants, and the entire record herein, it be and is

ORDERED that Plaintiff-Relator's motion for leave be GRANTED; it is

FURTHER ORDERED that no new answers are required to be filed in response to the Second Amended Complaint by Defendants who have previously filed an answer in this case and those Defendants may stand on their previously filed answers; and it is

FURTHER ORDERED that the Clerk shall enter the Second Amended Complaint on the docket.

IT IS SO ORDERED.

9/8/20
_____
DATE

_____
HON. ROYCE C. LAMBERTH
United States District Judge