UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANDREW SCOLLICK, <br><br> Plaintiff-Relator, <br><br> vs. <br><br> VIJAY NARULA, *et al.*, <br><br> Defendants. | Civ. Action No. 14-CV-01339-RCL |

## PLAINTIFF-RELATOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS CENTURION SOLUTIONS GROUP, LLC AND AMAR GOGIA

Plaintiff-Relator Andrew Scollick, by and through counsel, hereby respectfully moves for partial summary judgment against Defendants Centurion Solutions Group, LLC and Amar Gogia pursuant to Federal Rule of Civil Procedure 56. No genuine issue of material fact exists that would preclude a finding as a matter of law that Centurion Solutions Group, LLC and Amar Gogia committed violations of the False Claims Act relating to all claims for payment under government contracts awarded to Centurion Solutions Group, LLC. These violations result in treble damages under the False Claims Act equal to $21,011,079.

In support of this Motion, Plaintiff-Relator refers the Court to the accompanying Statement of Points and Authorities, Statement of Material Facts Not in Genuine Dispute, and supporting exhibits filed herewith. A proposed Order is also filed herewith.

Respectfully submitted,

 /s/ Michael D. Kohn
Michael Kohn, DC BAR #425617
/s/ Todd Yoder
Todd Yoder, DC BAR # 1048520

David K. Colapinto, DC BAR #416390

KOHN, KOHN & COLAPINTO, LLP
1710 N Street, N.W.
Washington, D.C. 20036
Phone: (202) 342-6980
Fax: (202) 342-6984
*Attorneys for Plaintiff-Relator*

February 24, 2021

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Plaintiff-Relator's Motion for Partial Summary Judgment Against Defendants Centurion Solutions Group, LLC and Amar Gogia and the accompanying Statement of Points and Authorities, Statement of Material Facts Not in Genuine Dispute, Supporting Exhibits, and Proposed Order were served on this 24th day of February, 2021 upon all parties that have entered an appearance and counsel for the United States via the Court's ECF system, and by U.S. Mail, postage prepaid, upon the *pro se* parties listed below:

**Neil Parekh**
1615 North Queen Street
Unit 306
Arlington, VA 22209

**Dr. Shobha Mehta**
8618 Cushman Place
Alexandria, VA 22308

/s/ *Todd Yoder*
Todd Yoder, DC BAR # 1048520

KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax:    (202) 342-6984

*Attorney for Plaintiff-Relator*