# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> ANDREW SCOLLICK, ) <br> ) <br> Plaintiff-Relator, ) <br> ) <br> v. ) <br> ) <br> VIJAY NARULA, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:14-CV-01339(RCL) |



## DEFENDANT NEIL PAREKH, MOTION FOR SUMMARY JUDGMENT AND ARGUMENT

Defendant Neil Parekh, *prose,* pursuant to Rule 56, Fed. R. Civ. P. does hereby move this Court to enter summary judgment in his favor, as there is no genuine dispute as to any material fact. In support, Defendant Neil Parekh states:

He is in agreement with the other defendents assertions that there is no material fact or evidence in this case and therefore is not liable against the Plaintiff or the US government and therefore is requesting this case to be dismissed.

This 24th day of February 2021.

Neil Parekh