UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW SCOLLICK,
*ex rel.* UNITED STATES OF AMERICA,

　　*Plaintiff-relator*,

v.

VIJAY NARULA, *et al.*,

　　*Defendants*.

Case No. 1:14-cv-01339-RCL

## ORDER

As set forth in the accompanying memorandum opinion, the Court hereby:

- **GRANTS** defendants Centennial Surety Associates, Inc. ("Centennial") and Michael Schendel's motion [328] for summary judgment against plaintiff-relator Andrew Scollick and **DISMISSES** all claims against Centennial and Schendel;

- **DENIES** plaintiff-relator's motion [329] for partial summary judgment against defendants Centurion Solutions Group, LLC ("CSG") and Amar Gogia;

- **DENIES** plaintiff-relator's motion [330] for partial summary judgment against defendants Optimal Solutions and Technologies, Inc. ("OST"), Vijay Narula, and Ajay Madan;

- **DENIES** plaintiff-relator's motion for summary judgment [331] against defendants Centennial, Schendel, Hanover Insurance Company ("Hanover"), and Hudson Insurance Company ("Hudson");

- **DENIES** plaintiff-relator's motion [332] for partial summary judgment against defendant Neil Parekh;

- **GRANTS** defendant Hanover's motion [334] for summary judgment against plaintiff-relator and **DISMISSES** all claims against Hanover;

- **GRANTS** defendant Hudson's motion [335] for summary judgment against plaintiff-relator and **DISMISSES** all claims against Hudson;

1

- **DENIES** defendant Hudson's motion [336] for partial summary judgment on its crossclaims for indemnification;

- **DENIES** defendants OST, Narula, and Madan's motion [337] for summary judgment against plaintiff-relator;

- **DENIES** defendants CSG and Gogia's motion [338] for summary judgment against plaintiff-relator;

- **DENIES** defendant Parekh's motion [341] for summary judgment against plaintiff-relator;

- **GRANTS** defendant Dr. Sobha Mehta's motion [342] for summary judgment against plaintiff-relator and **DISMISSES** all claims against Mehta; and

- **DISMISSES AS MOOT** defendants Madan, Narula, and OST's motions [366 & 367] to strike portions of the record.

The Court will further **GRANT IN PART** and **DENY IN PART** plaintiff-relator's motion [333] to file documents under seal. The Court will **GRANT** the plaintiff-relator's motion to file the documents under seal but will not unseal the documents as plaintiff-relator failed to address Hanover's opposition [351] argument that public disclosure of these documents would unnecessarily harm Hanover.

The memorandum was filed under seal because it references certain documents the Court allowed the parties to file under seal. It is hereby **ORDERED** that the parties meet and confer and jointly identify which, if any, parts of the memorandum should remain sealed within seven (7) days.

**IT IS SO ORDERED.**

Date: July __19__, 2022

_Royce C. Lamberth_
Hon. Royce C. Lamberth
United States District Judge

2