UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW SCOLLICK,
*ex rel.* UNITED STATES OF AMERICA,

*Plaintiff-relator,*

v.

VIJAY NARULA, *et al.*,

*Defendants.*

Case No. 1:14-cv-01339-RCL

## ORDER

It is hereby **ORDERED** that a status conference is set in the above-captioned case for Friday, August 5, 2022, at 1:00 p.m. (EST) via Zoom.

**IT IS SO ORDERED.**

Date: 7/29/2022

Hon. Royce C. Lamberth
United States District Judge

1