UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW SCOLLICK,
*ex rel.* UNITED STATES OF AMERICA,

    *Plaintiff-relator,*

v.

VIJAY NARULA, *et al.*,

    *Defendants.*

Case No. 1:14-cv-01339-RCL

## ORDER

Upon consideration of pro se defendant Neil Parekh's Response [436] to the Court's Order [433] to show cause why he should not be held in contempt for his failure to appear at the status conference on March 15, 2024 and why default should not be entered against him, the matter is set for hearing at 10:00 am on April 9, 2024. The clerk shall enter the address and phone number that the defendant provided in his Response on the docket in this case.

**IT IS SO ORDERED.**

Date: March 27, 2024

Hon. Royce C. Lamberth
United States District Judge

1