# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANDREW SCOLLICK,      ) ) ) Plaintiff-Relator,      ) ) v.      ) ) VIJAY NARULA, et al.,      ) ) Defendants.      ) | Case No. 1:14-cv-01339 RCL Hon. Royce C. Lamberth |

## DECLARATION OF VIJAY NARULA

Pursuant to 28 U.S.C. § 1746, I, Vijay Narula, declare the following:

1.  I am over the age of eighteen and am competent to testify about the matters set forth herein.  I have personal knowledge of the matters set forth herein.

2.  I am the founder and Chairman of the Board of OST, Inc. ("OST").  My job responsibilities include oversight of OST's business and operations.  I was CEO of OST during the events at issue in this case.

3.  With respect to the opposition to the Plaintiff's motion to enforce the settlement agreement in this case, I have personal knowledge of the financial information regarding OST that is referenced in the opposition to the motion filed by counsel.

4.  OST is in a fundamentally different financial position today than when it agreed to the principal terms of settlement in July 2024.  OST does not contest that it was fully prepared to proceed with the payment terms at that time.

5.  Since January 2025, OST has lost over $15 million in annual projected revenue due to six contracts that were completely terminated and four that were descoped, including

2

contracts with the Federal Aviation Administration (FAA-IRCAS and FAA-PMS contracts), the Federal Transportation Administration (DOT-FTA-DSS and DOT-FTA-ADS contracts), the Department of Energy (CHRIS contract), and the State of Maryland (MD-Think contract).

6.      Additionally, OST is facing projected cuts to its significant contracts with the Federal Emergency Management Agency, which is a significantly appreciable part of OST's annual revenue.

7.      Finally, OST believes that it will also lose its largest Army contract, Army-PEO-STRI, because the contract will likely be terminated.  This contract provided $50 million in annual revenue.  Clearly, it is presently a very challenging government contracting environment for OST.  If the projected cuts are actualized, OST's revenue could be reduced by as much as 90%.

8.      Contrary to the suggestion in footnote 1 of Plaintiff's Reply in support of the motion to enforce the settlement agreement (ECF 530), OST does not maintain a line of credit.

9.      With respect to the Exhibits referenced in Plaintiff's Reply (ECF 530) and OST's current government contract work, the referenced work is not as depicted by Plaintiff and in fact supports the arguments raised in the opposition to Plaintiff's motion to enforce the settlement agreement in this case.  Specifically, regarding the contracts listed on Exhibit 1, the Army Program Executive Office Simulation, Training and Instrumentation contracts, this contract was referenced in the opposition to the Plaintiff's motion to enforce the settlement agreement.  *See* ECF No. 528, p. 8; *see also* ¶ 7, *supra*.  The work has continued to decrease, with 15% cut just over the past two weeks.  The exhibit in the Reply shows the incremental funding of work, not new work awarded to OST.  OST understands that the program will be sunsetted.  It also appears that the department for which the work is performed will be eliminated and will eliminate $50M

in annual OST revenue.  See https://www.wftv.com/news/local/us-army-eyeing-cuts-orlando-headquarters-1000-jobs-risk/VQ27KEGAWBEGFAG4Q2LKLXFOZM/ (last visited May 7, 2025).

10.     With respect to Exhibit 2, specifically OST's contract with the District of Columbia government, it has decreased.  The contract was for a term of five-years, with a twelve month period plus four one-year renewal options. Exhibit 2 refers to an exercise of an option year for fiscal year 2025, with a not to exceed ceiling of $40 million, not a guaranteed payment of that amount.  OST has been notified that the contract will be reduced due to a tightening of federal funding to the District of Columbia to a level far below the ceiling and it could drop further.

11.     With respect to Exhibit 3, specifically OST's work with the State of Texas, it has also decreased.  For example, for several months, OST billed $37,500, and the current billing is $18,750 per month.  The projected revenue on this contract is very uncertain.

12.     Finally, regarding the FAA ITIPSS contract, although the ceiling for the opportunity is $2.4 billion, OST is one of multiple vendors awarded a contract.  The contract is an indefinite delivery/indefinite quantity ("IDIQ") master contract that is task order-based, and OST has not received any task orders under that contract and has thus received no money from this contract.  Furthermore, OST expects the contract to be cancelled based on the executive order to move to GSA contract vehicles.  Executive Order 14240, Eliminating Waste and Saving Taxpayer Dollars by Consolidating Procurement, March 20, 2025.

13.     Since the filing of the opposition to the motion to enforce the settlement agreement, OST has been informed by its prime contractor on a United States Army Medical

Command (MEDCOM) contract that the number of full-time employees on the contract will be reduced 68%, from 79 employees down to 25.

14.    Therefore, if OST were required to make the payments per the current schedule in the settlement agreement, it is not in a financial position to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2025

_____
Vijay Narula