**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANDREW SCOLLICK, <br><br> Plaintiff-Relator, <br><br> v. <br><br> VIJAY NARULA, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Case No. 1:14-cv-01339 RCL <br> )    Hon. Royce C. Lamberth <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

Having reviewed Defendants Optimal Solutions and Technologies, Inc. ("OST"), Vijay Narula, and Ajay Madan (collectively, "the OST Defendants") motion for leave to file a sur-reply to the reply filed by Plaintiff-Relator regarding its Motion to Summarily Enforce the Settlement Agreement Entered into by the Government and All Parties and for Sanctions, ECF No. 526 (the "Motion") it is hereby

ORDERED that leave to file a sur-reply is hereby GRANTED, and the Court shall accept the filing on the docket in this case.

SO ORDERED this _____ day of _____, 2025.

_____
JUDGE ROYCE C. LAMBERTH

297981924.1